**UNITED STATES DISTRICT COURT**
Eastern District of California
Office of the Clerk
501 I Street
Suite 4-200
Sacramento, California 95814
916/930-4000

REPLY TO:
Divisional Office
2500 Tulare Street, Room 1501

**Victoria C. Minor**
Clerk, U.S. District Court
Eastern District of California

Fresno, California 93721
559/499-5600

March 19, 2008

# FILED

MAR 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Office of the Clerk
USDC, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

CR-08-124-CW

Re:    Case No. 1:01-cr-05415-AWI-1
       Case Name. USA v. Harry C. Sweet, Jr.

Dear Clerk:

Pursuant to an order transferring jurisdiction of the above-captioned case to your court, transmitted herewith are certified copies of the following:

1.    Indictment/Information
2.    Judgment and Commitment Order
3.    Docket Sheet

Victoria C. Minor, Clerk

By:    _____
       C. Esteves, Deputy Clerk

---

## Acknowledgment of Receipt

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal and return it in the envelope provided.

Received on _____ by _____

---

NOTE: Documents filed after January 1, 2005, may be accessed through PACER for the Eastern District of California at https://ecf.caed.uscourts.gov.

~~Case 1:01-cr-05415-AWI    Document 341    Filed 03/14/2008    Page 1 of 1~~

PROB 22

TRANSFER OF JURISDICTION

**F I L E D**

MAR 1 4 2008

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 1:01CR05415-01 AWI |
| | DOCKET NUMBER *(Rec. Court)* |
| | 0971 4:08CR0124-1 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Harry C. Sweet, Jr. 1700 Broadway Street #432 Concord, CA | Eastern District of California | Southern |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Anthony W. Ishii |

| DATES OF SUPERVISED RELEASE: | FROM | TO |
|---|---|---|
| | | |

**OFFENSE**    18 USC 1341&2: Mail Fraud/Aiding and Abetting; 18 USC 1957&2: Money Laundering/Aiding and Abetting; 18 USC 2315&2: Receipt of Stolen Property/Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

 **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2-1-08
*Date*

*United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

 **IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/26/08
*Effective Date*

*United States District Judge*

CC:    United States Attorney
    FLU Unit-United States Attorney's Office
    Fiscal Clerk-Clerk's Office

McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
E. ROBERT WRIGHT
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

2004 SEP 30 P 1:00

I hereby attest and certify on 3-25-08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR F 01-5415 AWI |
| | ) | |
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. 371 - |
| | ) | Conspiracy; 18 U.S.C. §§ 1341 |
| | ) | and 2 - Mail Fraud and Aiding |
| v. | ) | and and Abetting (7 Counts); |
| | ) | 18 U.S.C. §§ 1957 and 2 - |
| | ) | Money Laundering and Aiding |
| HARRY C. SWEET, JR., | ) | and Abetting (1 Count) 18 |
| aka Harry Sweet | ) | U.S.C. §§ 2315 and 2 - |
| aka Harry C. Sweet, and | ) | Receipt of Stolen Property |
| AUGUST C. GHILARDUCCI, | ) | and Aiding and Abetting (1 |
| | ) | Count); 18 U.S.C. § 982 - |
| Defendants. | ) | Criminal Forfeiture |
| | ) | |
| | ) | |
| | ) | |

S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 371 - Conspiracy]

The Grand Jury charges:

HARRY C. SWEET, JR.
aka Harry Sweet
aka Harry C. Sweet, and
AUGUST C. GHILARDUCCI,

defendants herein, as follows:

1

I.    INTRODUCTION

1.   At all times relevant to this Indictment, defendant HARRY C. SWEET, JR. ("SWEET") was a resident of Walnut Creek, California, and was a principal of AMERICAN BENEFIT CONCEPTS, INC. ("ABC"), 1330 North Broadway, Suite 200-A, Walnut Creek, California.

2.   At all times relevant to this Indictment, defendant AUGUST C. GHILARDUCCI ("GHILARDUCCI") was a resident of the State of Illinois, and the president, CEO, sole director, sole stockholder, and owner of defendant Westchester Financial Associates, Incorporated ("Westchester"), 28100 St. Charles Road, West Chicago, Illinois.

3.   At all times relevant to this Indictment, defendants, individually and through their companies ABC and Westchester, devised and intended to devise a fraudulent scheme to defraud investors of money and property, and obtained money and property, by means of materially false and fraudulent pretenses, representations, and promises, and by means of material omissions.

4.   During the course of this scheme to defraud, defendants committed the acts by themselves and through the acts of agents of the defendants, ABC, and Westchester.

5.   At all times relevant to this Indictment, Federal Express, United States Postal Service, and DHL Worldwide Express were private and commercial carrier which transport mail in interstate commerce.

II.    THE CONSPIRACY

6.  Beginning at a time unknown but no later than in or about May 1995 and continuing to in or about November 2001, within the

2

State and Eastern District of California, and elsewhere,
defendants HARRY C. SWEET, JR. and AUGUST C. GHILARDUCCI, did
knowingly, intentionally, and unlawfully combine, conspire,
confederate, and agree with each other and with other persons
known and unknown to the grand jury, to devise and intend to
devise a scheme and artifice to defraud and obtain money from
investors by means of false and fraudulent pretenses,
representations and promises regarding the purpose, legitimacy,
return and safety of "Bank Secured Capital Deposit Enhancement
Programs," "Confirmation of Funds" letters, and similar schemes,
in violation of Title 18, United States Code, Section 1341.

All in violation of Title 18, United States Code, Sections
371 and 1341.

### III.  MANNER AND MEANS OF THE CONSPIRACY

7.  Defendants SWEET and GHILARDUCCI, together with others
known and unknown to the grand jury, implemented the conspiracy
through the following manner and means:

8.  Defendants SWEET and GHILARDUCCI, together with others
known and unknown to the grand jury, engaged in a scheme to
defraud that involved the promotion, both directly, and through
others and documents, of non-existent and fraudulent trading and
investment programs.

9.  To carry out the scheme, defendant SWEET in his position
as principal of ABC, directly, or through others acting on his
behalf, made representations to investors who were interested in
investing money in exchange for high returns.

10.  During these representations, potential investors were
told and/or provided with a written document which stated that

3

their money would be placed in a trading or private placement program called "Bank Secured Capital Deposit Enhancement Program" which would pay a twenty five percent (25%) return every eight (8) trading weeks.  In truth and in fact, defendants did not have such an investment vehicle available when these representations were made.

11.  Investors were also told various false statements regarding the investment, including but not limited to, the following:

(a)  The investors' money would be pooled with other investors' money and used as collateral for bank trades in Europe;

(b) The investors' money would be placed in a government program that began after World War II to rebuild war torn countries; and/or

(c)  The investors' money would be sent to London for investment purposes.

12.  The investors were also provided with a written agreement which stated that their funds would be placed in a bank secured account in their name or in a fiduciary account in the name of ABC for the purpose of participating in the "Bank Secured Capital Deposit Enhancement Program," and could be transferred into a trading escrow account only if the investors' funds were blocked and secured by an irrevocable bank guarantee from a top world bank.

13.  The investors' funds that were given to defendant SWEET were sent, in part, to defendant GHILARDUCCI, and were not blocked and secured by an irrevocable bank guarantee from a top world bank, as had been represented to the investors.

4

14.   In furtherance of the scheme to defraud, GHILARDUCCI in about December 1997, prepared, or caused to be prepared, a false and fraudulent "Confirmation of Funds" letter which purported to confirm that "cash or cash equivalent, in the amount of Ten Million United States Dollars ($10,000,000.00 USD) in good, clean, clear funds, of non-criminal origin is available as of this day in your sub account IBT/HCS-1 of the Trust."   In truth and in fact, the $10,000,000 referenced in the "Confirmation of Funds" letter did not exist, and the "Confirmation of Funds" letter was, and is, worthless, and of no commercial or financial value.

15.   The investors were also told that their money would be used for investment, when in truth and in fact, the investors' money was used, in part, for defendants' personal benefit, including, but not limited to, for the payment of defendant SWEET's mortgage and/or credit card debt, and for defendant GHILARDUCCI's personal and business purposes, and was not used to invest in the investment program that was promised to the investors and/or was not used to invest in any legitimate, lawful, investment program for the benefit of the investors.

16.   After the investors parted with their money, the defendants sent, or caused to be sent, letters and other mailings to and from the Eastern District of California, and elsewhere, in order to deceive and stall the investors into believing that the investment had occurred.

17.   During the course of the scheme to defraud and as a result of the defendants' conduct, investors lost approximately $635,000.

///

# IV.   OVERT ACTS

For the purpose of carrying out said conspiracy and to effect the object thereof, the following overt acts, among others, were committed by the defendants within the State and Eastern District of California, and elsewhere:

a.   On or about December 26, 1997, defendant SWEET mailed, or caused to be mailed, a letter dated December 24, 1997 to Gibbons Moore.

b.   On or about December 26, 1997, defendant SWEET mailed, or caused to be mailed, a letter dated December 24, 1997 to Wing and Debra Yee.

c.   On or about January 10, 1998, defendant SWEET mailed, or caused to be mailed, a letter dated January 10, 1998 to Chris and Jackie Hoegel.

d.   On or about March 11, 1998, defendant SWEET mailed, or caused to be mailed, a letter dated March 11, 1998 to Rodney K. "Rod" Ritchie.

e.   On or about January 10, 1998, defendant SWEET mailed, or caused to be mailed, a letter dated January 10, 1998 to Dean Alan Michaelis.

f.   On or about December 2, 1997, defendant GHILARDUCCI sent by facsimile, or caused to be sent by facsimile, an "Agreement for the Delivery of a Confirmation of Funds Letter" to defendant SWEET.

g.   On or about December 3, 1997, defendant SWEET wire transferred, or caused to be wired transferred, the sum of $450,000 from account # 136-009420 at Bank of the West, Walnut Creek, California to account # 0001436104 at Glenview State Bank,

1  Glenview, Illinois.

2       h.   On or about December 5, 1997, defendant GHILARDUCCI

3  sent by facsimile, or caused to be sent by facsimile, a

4  "Confirmation of Funds Letter" to defendant SWEET.

5       i.   On or about January 26, 1998, defendant GHILARDUCCI

6  sent by facsimile, or caused to be sent by facsimile, a letter of

7  that date to defendant SWEET.

8       j.   On or about October 2, 1997, defendants caused

9  Chris and Jackie Hoegel to wire transfer, or caused to be wire

10  transferred, the sum of $100,000 from their account at Western

11  Sierra Bank in Cameron Park, CA, to defendant SWEET's account at

12  Bank of the West in Walnut Creek, CA.

13       k.   On or about November 18, 1997, defendants caused

14  Gibbons Moore to deposit the sum of $102,956.92 into defendant

15  SWEET's account.

16       l.   On or about September 30, 1997, defendants caused

17  R.K. "Rod" Ritchie to wire transfer, or cause to be wire

18  transferred, the sum of $50,000 from the account of "R K Ritchie &

19  Associates" in Oroville, CA, to defendant SWEET's account at Bank

20  of the West in Walnut Creek, CA.

21       m.   On or about September 29, 1997, defendants caused

22  Dean and Pati Michaelis to wire transfer, or cause to be wire

23  transferred, two sums of $50,000 (for a total of $100,000) from

24  their accounts in Fresno, CA, to defendant SWEET's account at Bank

25  of the West in Walnut Creek, CA.

26       n.   On or about December 11, 1996, defendant SWEET

27  caused Wesley Lau to give a cashier's check in the amount of

28  $35,000 to defendant SWEET.

o.   On or about December 23, 1996, defendant SWEET caused David and Cheryl Davis to mail, or cause to be mailed, the sum of $100,000 to defendant SWEET.

p.   On or about June 6, 1997, defendant SWEET delivered a check in the amount of $12,500 to Beverly Sherwood.

All in violation of Title 18, United States Code, Sections 371 and 1341.

<u>COUNTS TWO AND THREE</u>:      [18 U.S.C. §§ 1341 and 2 - Mail
                        Fraud and Aiding and Abetting]

The Grand Jury further charges:

HARRY C. SWEET, JR.
    aka Harry Sweet
    aka Harry C. Sweet,

defendant herein, as follows:

18.   The allegations contained in paragraphs 1 through 17 of this Indictment are hereby re-alleged and incorporated herein.

19.   On or about the dates listed below, within the State and Eastern District of California, defendant HARRY C. SWEET, JR., for the purpose of executing and aiding and abetting the execution of the scheme and artifice to defraud as more fully set forth in paragraphs 1 through 17 above, knowingly placed or caused to be placed in an authorized depository, the mail matter described below, to be sent and delivered by the United States Postal Service, Federal Express, and/or DHL Worldwide Express, and knowingly caused such mail matter to be delivered by the United States Postal Service, Federal Express, and/or DHL Worldwide Express according to the directions thereon:

///

///

8

| COUNT | APPROX. DATE SENT | DESCRIPTION OF ITEM SENT |
|---|---|---|
| 2 | December 10, 1996 | Cashier's check in the amount of $50,000 from Beverly Sherwood payable to HARRY SWEET JR. |
| 3 | December 23, 1996 | Cashier's check in the amount of $100,000 from David and Cheryl Davis payable to HARRY SWEET |

All in violation of Title 18, United States Code, Sections 1341 and 2.

COUNTS FOUR THROUGH EIGHT: [18 U.S.C. §§ 1341 and 2 - Mail Fraud and Aiding and Abetting]

The Grand Jury further charges:

> HARRY C. SWEET, JR.
> aka Harry Sweet
> aka Harry C. Sweet, and
> AUGUST C. GHILARDUCCI,

defendants herein, as follows:

20.  The allegations contained in paragraphs 1 through 17 of this Indictment are hereby re-alleged and incorporated herein.

21.  On or about the dates listed below, within the State and Eastern District of California, defendants, for the purpose of executing and aiding and abetting the execution of the scheme and artifice to defraud as more fully set forth in paragraphs 1 through 17 above, knowingly placed or caused to be placed in an authorized depository, the mail matter described below, to be sent and delivered by the United States Postal Service, Federal Express, and/or DHL Worldwide Express, and knowingly caused such mail matter to be delivered by the United States Postal Service, Federal Express, and/or DHL Worldwide Express according to the directions thereon:

| COUNT | APPROX. DATE SENT | DESCRIPTION OF ITEM SENT |
|-------|-------------------|--------------------------|
| 4 | December 26, 1997 | Letter dated December 24, 1997 from HARRY C. SWEET, JR. to Gibbons Moore |
| 5 | December 26, 1997 | Letter dated December 24, 1997 from HARRY C. SWEET, JR. to Wing and Debra Yee |
| 6 | January 10, 1998 | Letter dated January 10, 1998 from HARRY C. SWEET, JR. to Dean Alan Michaelis |
| 7 | January 10, 1998 | Letter dated January 10, 1998 from HARRY C. SWEET, JR. to Chris and Jackie Hoegel |
| 8 | March 11, 1998 | Letter dated March 11, 1998 from HARRY C. SWEET, JR. to Rodney K. "Rod" Ritchie |

All in violation of Title 18, United States Code, Sections 1341 and 2.

COUNT NINE:    [18 U.S.C. §§ 1957 and 2 - Money Laundering and Aiding and Abetting]

The Grand Jury further charges:

> HARRY C. SWEET, JR.
>     aka Harry Sweet
>     aka Harry C. Sweet, and
> AUGUST C. GHILARDUCCI,

defendants herein, as follows:

22.   The allegations contained in paragraphs 1 through 17 of this Indictment are hereby re-alleged and incorporated herein.

23.   In or about December 1997, in the State and Eastern District of California, and elsewhere, defendants did knowingly engage, and attempt to engage in, and aid and abet monetary transactions by, through and to financial institutions, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, the deposit, withdrawal and transfer of money as more fully set forth below, such property

having been derived from a specified unlawful activity, that is,
mail fraud in violation of Title 18, United States Code, Section
1341, all in violation of Title 18, United States Code, Sections
1957 and 2:

| COUNT | APPROX. DATE TRANSMITTED | DESCRIPTION AND ADDRESSEE |
|---|---|---|
| 9 | December 3, 1997 | Wire transfer of $450,000 from account # 136-009420 at Bank of the West, Walnut Creek, California, to account # 0001436104 at Glenview State Bank, Glenview, Illinois. |

All in violation of Title 18, United States Code, Sections
1957 and 2.

COUNT TEN:    [18 U.S.C. §§ 2315 and 2 - Receipt of Stolen
              Property and Aiding and Abetting]

The Grand Jury further charges:

HARRY C. SWEET, JR.
aka Harry Sweet
aka Harry C. Sweet, and
AUGUST C. GHILARDUCCI,

defendants herein, as follows:

24.   The allegations contained in paragraphs 1 through 17 of
this Indictment are hereby re-alleged and incorporated herein.

25.    In or about December of 1997, defendants GHILARDUCCI
and SWEET did receive, possess, conceal and dispose of money of a
value of $5000 or more which had crossed a state boundary after
being stolen, unlawfully converted and taken, to wit,
approximately $450,000 wire transferred by the direction of
defendant SWEET from account # 136-009420 at Bank of the West,
Walnut Creek, California, to the control of defendant GHILARDUCCI
and his agents at account # 0001436104 at Glenview State Bank,
Glenview, Illinois, knowing the same to have been stolen, taken,

11

1  and unlawfully converted.  Said $450,000 had been stolen, taken,

2  and unlawfully converted from the investors, including investors

3  in the Eastern District of California, by fraud as set forth in

4  paragraphs 1 through 17, above.

5       All in violation of Title 18, United States Code, Sections

6  2315 and 2.

                        SENTENCING ALLEGATIONS

8       26.  With respect to each count of the indictment:

9       (a)  The loss is approximately $635,000;

10      (b)  The offenses involved more than minimal planning;

11      (c)  the offenses involved a scheme to defraud more than one

12           victim;

13      (d)  the offenses involved sophisticated means; and

14      (e)  the offenses involved a vulnerable victim.

                        FORFEITURE ALLEGATION

16           [18 U.S.C. § 982 - Criminal Forfeiture]

17      The Grand Jury further charges:

18                    HARRY C. SWEET, JR.
                        aka Harry Sweet
19                      aka Harry C. Sweet, and
                      AUGUST C. GHILARDUCCI,
20
    defendants herein, as follows:

21
        1.  The allegations contained in paragraphs 1 through 17 of
22
    this Indictment are hereby re-alleged and incorporated herein for
23
    the purpose of alleging forfeiture pursuant to the provisions of
24
    Title 18, United States Code, Section 982(a)(1).
25
        2.  Pursuant to Title 18, United States Code, Section
26
    982(a)(1), defendants who are convicted of the offenses set forth
27
    in Count Nine, shall forfeit to the United States the following
28

                                12

property:

    (a) All right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1957, for which the defendants are convicted, and all property traceable to such property, including the following:

        1) all money and other property that was the subject of each financial transaction in violation of Section 1957;

        2) all commissions, fees and other property constituting proceeds obtained as a result of the above violation; and

        3) all property used in any manner and part to commit and to facilitate the commission of the above violation.

    (b)  A sum of money, in the approximate amount of $450,000.00 equal to the total amount of money involved in the offense for which the defendants are convicted. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

    3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), defendants shall forfeit substitute property, up to the value of the amount described in Paragraph 2 above, if any of the property described as being subject to forfeiture, by any act of omission of the defendants -

    A.  Cannot be located upon the exercise of due diligence;

13

B.    Has been transferred and sold to, and deposited with, a
      third person;

C.    Has been placed beyond the jurisdiction of the court;

D.    Has been substantially diminished in value; and

E.    Has been commingled with other property which cannot be
      subdivided without difficulty;

the court shall order the forfeiture of any other property of the
defendants up to the value of any property described in paragraph
2(a) above.

A TRUE BILL

_____
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By_____
  MARK E. CULLERS,
  Assistant U.S. Attorney
  Chief, Fresno Office

Case 4:08-cr-00124-CW    Document 2    Filed 03/27/2008    Page 17 of 51
Case 1:01-cr-05415-AWI    Document 273    Filed 07/01/2005    Page 1 of 6
AO 245B-CAED (Rev. 3/04)    Sheet 1 - Judgment in a Criminal Case

# United States District Court

### Eastern District of California

**COPY**

UNITED STATES OF AMERICA

v.

**HARRY C. SWEET JR.**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **1:01CR05415-01**

Roger Nuttall
Defendant's Attorney

## THE DEFENDANT:

[✔]    pleaded guilty to count(s): of the Second Superseding Indictment .

[ ]    pleaded nolo contendere to counts(s) ___ which was accepted by the court.

[✔]    was found guilty on count(s) 4,5,6,7,8,9,10 of the Second Superseding Indictment after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1341 & 2 | Mail Fraud, Aiding and Abetting | 03/11/1998 | 4,5,6,7,8 |
| 18 USC 1957 & 2 | Money Laundering, Aiding and Abetting | 12/03/1997 | 9 |
| 18 USC 2315 & 2 | Receipt of Stolen Property, Aiding and Abetting | 12/03/1997 | 10 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]    The defendant has been found not guilty on counts(s) 1,2,3 of the Superseding Indictment and is discharged as to such count(s).

[ ]    Count(s) ___ (is)(are) dismissed on the motion of the United States.

[✔]    Original Indictments dismissed by District Court on motion of the United States.

[✔]    Appeal rights given.    [ ]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 20, 2005
Date of Imposition of Judgment

/S/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

JUNE 30, 2005
Date

I hereby attest and certify on 3-19-08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By _____ Deputy

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER:      1:01CR05415-01                                          Judgment - Page 2 of 6
DEFENDANT:        HARRY C. SWEET JR.

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months .

On each count to be served concurrently

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[ ]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[✔]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [✔] before 2:00 p.m.  on July 25, 2005 .
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                    _____
                                                            UNITED STATES MARSHAL


                                            By      _____
                                                            Deputy U.S. Marshal

AO 245B-CAED (Rev. 3/04)  Sheet 5 - Supervised Release     Case 1:01-cr-05415-AWL     Document 273     Filed 07/01/2005     Page 3 of 6

| CASE NUMBER: | 1:01CR05415-01 | Judgment - Page 3 of 6 |
| DEFENDANT: | HARRY C. SWEET JR. | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months .
On each count to be served concurrently

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[✔]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✔]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)     the defendant shall not leave the judicial district without permission of the court or probation officer;
2)     the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)     the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)     the defendant shall support his or her dependants and meet other family responsibilities;
5)     the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)     the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)     the defendant shall refrain from excessive use of alcohol;
8)     the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)     the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)     the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)     the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)     the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)     as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) : Sheet 5 - Supervised Release    Case 1:01-cr-05415-AWI    Document 273    Filed 07/01/2005    Page 4 of 6

CASE NUMBER:        1:01CR05415-01                                                          Judgment - Page 4 of 6
DEFENDANT:          HARRY C. SWEET JR.

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution order by this judgment is paid in full, unless the defendant obtains approval of the court. Such assets may include but is not limited to; real and personal property; all assets held in trust for the benefit of the defendant(including but not limited to the property located at 1351 W. Warner, Fresno, CA ); stock shares, bank accounts and retirement investment accounts; and assets or funds received by the defendant as a beneficiary from a life insurance policy.

3. The defendant shall provide the probation officer with access to any requested financial information.

4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties  Case 1:01-cr-05415-AWI    Document 273    Filed 07/01/2005    Page 5 of 6

CASE NUMBER:       1:01CR05415-01                                              Judgment - Page 5 of 6
DEFENDANT:          HARRY C. SWEET JR.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|         | Assessment | Fine | Restitution |
|---------|-----------|------|-------------|
| Totals: | $ 700.00  | $    | $ 622,500.00 |

[ ]   The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[x ]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| TOTALS: | $ 622,500.00 | $ 622,500.00 | |

Beverly Sherwood - $37,500
David Davis - $100,000.00
Debra & Wing Yee - $100,000.00
Dean & Patti Michaelis  - $100,000.00
Jackie & Chris Hoegel  - $100,000.00
Wesley Lau - $35,000.00
Gibbons Moore  - $100,000.00
Rodney K. Ritchie  - $50,000.00

[ ]   Restitution amount ordered pursuant to plea agreement $ ___

[ ]   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]     The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ]  The interest requirement is waived for the       [ ] fine       [ ] restitution

[ ]  The interest requirement for the           [ ] fine  [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CASE NUMBER:    1:01CR05415-01                                              Judgment - Page 6 of 6
DEFENDANT:      HARRY C. SWEET JR.

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

**A**  [✔]        Lump sum payment of $  _623,200.00_  due immediately, balance due

       []        not later than __ , or
       []        in accordance with      [ ] C,    [ ] D,    [ ] E, or        [ ] F below; or

**B**  [] Payment to begin immediately (may be combined with    [ ] C,    [ ] D, or [ ] F below); or

**C**  [] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
       to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  [] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
       to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  [] Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from
       imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;
       or

**F**  [] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary
penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau
of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[✔] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several
Amount, and corresponding payee, if appropriate: August Ghilarducci, 1:01CR05415-02 amount $450,000

[] The defendant shall pay the cost of prosecution.

[] The defendant shall pay the following court cost(s):

[] The defendant shall forfeit the defendant's interest in the following property to the United States:

CLOSED, PROB22_OUT

**COPY**

**U.S. District Court**

**Eastern District of California - Live System (Fresno)**

**CRIMINAL DOCKET FOR CASE #: 1:01-cr-05415-AWI All Defendants**

**Internal Use Only**

| | |
|---|---|
| Case title: USA v. Sweet, et al | Date Filed: 11/29/2001 |
| | Date Terminated: 06/21/2005 |

Assigned to: Judge Anthony W. Ishii

Appeals court case number: 05-10508 9th Circuit

### Defendant (1)

**Harry C Sweet, Jr**
*TERMINATED: 06/20/2005*

represented by **Roger Taylor Nuttall**
Nuttall & Coleman
2333 Merced Street
Fresno, CA 93721
(559) 233-2900
Fax: (559) 485-3852
Email: rose@lawyernation.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Marc C Ament**
Federal Defender's Office
2300 Tulare St., Ste. 330
Fresno, CA 93721
(559) 487-5561 x232
Fax: (559) 487-5950
Email: marc_ament@fd.org
*TERMINATED: 01/20/2005*
*Designation: Public Defender or Community Defender Appointment*

I hereby attest and certify on 3-19-08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By_____ Deputy

### Pending Counts

18:1341.F FRAUDS AND SWINDLES
(1-7)

18:1341 and 18:2 MAIL FRAUD AND
AIDING AND ABETTING
(4ss-8ss)

18:1957 and 18:2 MONEY LAUNDERING
AND AIDING AND ABETTING
(9ss)

18:2315 AND 18:2 RECEIPT OF STOLEN
PROPERTY AND AIDING AND ABETTING
(10ss)

### Disposition

dismissed

36 months custody, 36 months supervised release, $500 penalty assessment. all to run concurrent

36 months custody, 36 months supervised release, $100 penalty assessment. To run concurrent.

36 months custody, 36 months supervised release, $100 penalty assessment. To run concurrent

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY<br>(1s) | dismissed |
| 18:371 CONSPIRACY<br>(1ss) | not guilty |
| 18:1341.F - MAIL FRAUD AND AIDING<br>AND ABETTING<br>(2s-8s) | dismissed |
| 18:1341 and 18:2 MAIL FRAUD AND<br>AIDING AND ABETTING<br>(2ss-3ss) | not guilty |
| 18:1343.F FRAUD BY WIRE, RADIO, OR<br>TELEVISION<br>(8) | dismissed |
| 18:2315.F and 2 - INTERSTATE RECEIPT<br>OF STOLEN PROPERTY AND AIDING AND<br>ABETTING<br>(9s) | dismissed |
| 18:1957-7600.F and 2 - MONEY<br>LAUNDERING AND AIDING AND ABETTING<br>(10s) | dismissed |
| 18 USC 982 - CRIMINAL FORFEITURE<br>(11s) | dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Anthony W. Ishii

Appeals court case number: 05-10499 9th
Circuit

**Defendant (2)**

**August C Ghilarducci**
*TERMINATED: 06/21/2005*

represented by **Harry M Drandell**
Law Offices of Harry M. Drandell
1221 Van Ness Avenue
Suite 450
Fresno, CA 93721
559-442-8888
Fax: 559-442-8891
Email: hmdrandell@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Eric A Chase**
United Defense Group, LLP.
4181 Sunswept Drive
Suite 100

Studio City, CA 91604
818-487-7400
Fax: 818.487.7414
Email: ericc@thebestdefense.com
*TERMINATED: 04/10/2003*
*Designation: Retained*

**James R. Homola**
James R. Homola, Attorney at Law
2950 Mariposa
Suite 250
Fresno, CA 93721
209-441-7111
Fax: 209-441-7115
Email: jrhomola@yahoo.com
*TERMINATED: 07/16/2003*
*Designation: Retained*

**Pending Counts**                                       **Disposition**

18:1341 and 18:2 MAIL FRAUD AND
AIDING AND ABETTING
(4s-5s)

18:1957 and 18:2 MONEY LAUNDERING
AND AIDING AND ABETTING
(9s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

18:371.F CONSPIRACY
(1)

18:371 CONSPIRACY
(1s)

18:1341.F - MAIL FRAUD AND AIDING
AND ABETTING
(2-8)

18:1341 and 18:2 MAIL FRAUD AND
AIDING AND ABETTING
(6s-8s)

18:2315.F and 2 - INTERSTATE RECEIPT
OF STOLEN PROPERTY AND AIDING AND
ABETTING
(9)

18:1957-7600.F and 2 - MONEY
LAUNDERING AND AIDING AND ABETTING
(10)

18:2315 AND 18:2 RECEIPT OF STOLEN
PROPERTY AND AIDING AND ABETTING
(10s)

18 USC 982 - CRIMINAL FORFEITURE
(11)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                          **Disposition**
None

---

**Plaintiff**

**USA**                              represented by   **Sheila K. Oberto**
                                                      United States Attorney
                                                      2500 Tulare Street
                                                      Suite 4401
                                                      Fresno, CA 93721
                                                      (559) 497-4028
                                                      Fax: (559) 497-4099
                                                      Email: sheila.oberto@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2001 | 1 | INDICTMENT by US Attorney Counts filed against Harry C Sweet (1) count(s) 1-7, 8 (old) (Entered: 11/30/2001) |
| 11/29/2001 | | SUMMONS issued arraignment set for 2:30 1/14/02 for Harry C Sweet Jr before Duty Mag (old) (Entered: 11/30/2001) |
| 01/14/2002 | 2 | MINUTES before Magistrate Judge Beck first appearance of Harry C Sweet Jr; Attorney Marc C Ament present dft arraigned; NOT GUILTY plea entered Ordered Release (see attached conditions of release) status conference set for 9:00 1/28/02 before Judge Ishii for dft; dft shall go to USM for processing today - dft is ORDERED to be present at status conference C/R Alvarez (jh) (Entered: 01/15/2002) |
| 01/14/2002 | 3 | ORDER SETTING CONDITIONS OF RELEASE by Magistrate Judge Beck for dft Harry C Sweet Jr status conference set for 9:00 1/28/02 before Judge Ishii for dft Sweet Jr; dft is ORDERED to be present at status conference (jh) (Entered: 01/15/2002) |
| 01/28/2002 | 4 | RECEIPT of passport #054910611 for defendant Harry C Sweet Jr Receipt # 100 195029; upon exoneration return to Harry Charles Sweet, 1330 N Broadway, Ste 200-H, Walnut Creek, CA 94596 (sr) (Entered: 01/28/2002) |
| 01/28/2002 | 5 | MINUTES before Judge Anthony W. Ishii status conference held on 1/28/02 as to dft Sweet; motions filing ddl set for 3/4/02; opposition by 3/25/02; reply by 4/1/02; in-court hearing set for 9:00 4/8/02 for dft , excludable time started for dft start date: 1/28/02 end date: 4/8/02 C/R G Thomas (sr) (Entered: 01/29/2002) |
| 01/29/2002 | 6 | NOTICE of surrendered passport #054910611 by Pretrial Services (sr) (Entered: 01/30/2002) |
| 03/04/2002 | 7 | NOTICE OF MOTION AND MOTION for discovery by defendant Harry C Sweet Jr hearing set for 9:00 4/8/02 (sr) (Entered: 03/05/2002) |
| 03/20/2002 | 8 | RESPONSE by plaintiff USA to motion for discovery by defendant Harry C Sweet Jr [7-1] (sr) (Entered: 03/21/2002) |
| 03/20/2002 | 8 | NOTICE OF MOTION AND MOTION for reciprocal discovery by USA as to Harry C Sweet Jr hearing set for 9:00 4/8/02 (sr) (Entered: 03/21/2002) |
| | | |

| | | |
|---|---|---|
| 04/08/2002 | 9 | MINUTES before Judge Anthony W. Ishii RE: continuance status hearing set for 9:00 5/20/02 for Harry C Sweet Jr motion for reciprocal discovery by USA [8-1] HEARING SET FOR 9:00 5/20/02, motion for discovery by defendant Harry C Sweet Jr [7-1] HEARING SET FOR 9:00 5/20/02 before Judge Ishii ctrm 3 excludable XE started for Harry C Sweet Jr start date: 4/8/02 end date: 5/20/02 C/R G Thomas (hl) (Entered: 04/09/2002) |
| 04/19/2002 | | LODGED stipulation to continue status conference and order thereon by defendant Harry C Sweet Jr (old) (Entered: 04/22/2002) |
| 04/22/2002 | 10 | STIPULATION AND ORDER by Judge Anthony W. Ishii status hearing continued to 9:00 5/28/02 for Harry C Sweet Jr (cc: all counsel) - (old) (Entered: 04/23/2002) |
| 05/28/2002 | 11 | MINUTES before Judge Anthony W. Ishii RE: Status Hearing CONTINUED TO 06/10/02 at 9:00; motion for discovery by USA [8-1] and motion for discovery by defendant Sweet [7-1] CONTINUED TO 9:00 6/10/02 before Judge Ishii XE started for Harry C Sweet Jr start date: 05/28/02 end date: 06/10/02 C/R G Thomas (tel) (Entered: 05/28/2002) |
| 06/10/2002 | 12 | MINUTES before Judge Anthony W. Ishii RE: status continuance status hearing set for 9:00 6/17/02 before Judge Ishii ctrm 3 for Harry Sweet Jr motion for reciprocal discovery by USA [8-1] and motion for discovery by deft Harry C Sweet Jr [7-1] HEARING CONTINUED TO 9:00 6/17/02 excludable XE started for Harry C Sweet Jr start date: 6/10/02 end date: 6/17/02 C/R G Thomas (hl) (Entered: 06/11/2002) |
| 06/17/2002 | 13 | MINUTES before Judge Ishii status hearing set for 9:00 7/1/02 for Harry C Sweet Jr ; status hearing held on 6/17/02 as to defendant , XE started for dft start date: 6/17/02 end date: 7/1/2 C/R G Thomas (wh) (Entered: 06/18/2002) |
| 06/28/2002 | | LODGED stipulation to continue status conference by defendant Harry C Sweet Jr, plaintiff USA (mm) (Entered: 07/01/2002) |
| 06/28/2002 | 14 | STIPULATION AND ORDER by Judge Anthony W. Ishii status hearing CONTINUED to 9:00 8/12/02, dept 3, for dft Harry C Sweet Jr excludable time started for Harry C Sweet Jr start date: 6/28/02 end date: 8/12/02 (cc: all counsel) - (mm) (Entered: 07/01/2002) |
| 08/12/2002 | 15 | MINUTES before Judge Anthony W. Ishii RE: Status Conf status hearing CONT'D to 9:00 9/30/02 for Harry C Sweet Jr dft is ordered not to file any further documents EXCEPT through his attorney; XT started for Harry C Sweet Jr start date: 8/12/02 end date: 9/30/02 C/R G Thomas (rcf) Modified on 09/24/2002 (Entered: 08/13/2002) |
| 09/30/2002 | 16 | MINUTES before Judge Anthony W. Ishii motion for reciprocal discovery by USA [8-1] and for discovery by defendant Harry C Sweet Jr [7-1] CONTINUED TO 9:00 10/15/02 status hearing CONTINUED TO 9:00 for Harry C Sweet Jr , XE started for Harry C Sweet Jr start date: 9/30/02 end date: 10/15/02 C/R G Thomas (tel) (Entered: 10/01/2002) |
| 10/15/2002 | 17 | MINUTES before Judge Anthony W. Ishii motion for reciprocal discovery by USA [8-1] HEARING CONTINUED TO 9:00 11/4/02 before Judge Ishii ctrm 3; motion for discovery by defendant Harry C Sweet Jr [7-1] HEARING CONTINUED TO 9:00 11/4/02 before Judge Ishii ctrm 3 status hearing continued to 9:00 11/4/02 before Judge Ishii ctrm 3 for Harry C Sweet Jr , Excludable Time started for Harry C Sweet Jr start date: 10/15/02 end date: 11/04/02 C/R G Thomas (rab) (Entered: 10/16/2002) |
| 10/28/2002 | 18 | TRANSCRIPT of 8/12/02 hearing on motion for discovery, status conference as to defendant Harry C Sweet Jr by C/R Gail Thomas (jv) (Entered: 10/29/2002) |

| 10/28/2002 | 19 | TRANSCRIPT of 9/30/02 hearing on motion for discovery, status conference as to defendant Harry C Sweet Jr by C/R Gail Thomas (jv) (Entered: 10/29/2002) |
|---|---|---|
| 11/04/2002 | 20 | MINUTES before Judge Anthony W. Ishii status conference continued to 9:00 12/2/02 for Harry C Sweet Jr; motion hearing continued to 9:00 12/2/02 for dft , excludable time started for dft start date: 11/4/02 end date: 12/02/02 C/R G Thomas (cs) (Entered: 11/05/2002) |
| 11/26/2002 | 21 | SUPERSEDING indictment as to Harry C Sweet (1) count(s) 1s, 2s-8s, 9s, 10s, 11s, August C Ghilarducci (2) count(s) 1, 2-8, 9, 10, 11 (rcf) (Entered: 11/27/2002) |
| 11/26/2002 | | ARREST Warrant issued for August C Ghilarducci by Magistrate Judge Sandra M. Snyder bail set at NO BAIL (rcf) (Entered: 11/27/2002) |
| 12/02/2002 | 22 | MINUTES before Judge Ishii ; status hearing held on 12/2/02 as to defendant Harry C Sweet Jr ; Motion hearing set for 9:00 12/23/02 for dft , XE started for dft start date: 12/2/02 end date: 12/23/02 C/R K Gentry (wh) (Entered: 12/03/2002) |
| 12/16/2002 | 23 | MINUTES before Magistrate Judge Lawrence J. O'Neill first appearance of August C Ghilarducci Attorney Eric A Chase present , dft August C Ghilarducci arraigned; NOT GUILTY plea entered; Attorney present; , detention hrg held; dft ORDERED released , status hearing set for 9:00 12/23/02 for August C Ghilarducci before Judge Ishii ctrm 3 C/R ECRO Interpreter None (rab) (Entered: 12/17/2002) |
| 12/16/2002 | | (Court only) ***JS-2 FIRST APPEARANCE CODE (Balli, R) (Entered: 05/05/2005) |
| 12/18/2002 | 24 | ORDER FOR RELEASE OF PERSON IN CUSTODY by Magistrate Judge Lawrence J. O'Neill for August C Ghilarducci (jv) (Entered: 12/19/2002) |
| 12/23/2002 | 25 | MINUTES before Judge Anthony W. Ishii dft Harry C Sweet Jr arraigned; not guilty plea entered on superseding indictment; Attorney Roger T Nuttall present; , status hearing held on 12/23/02 as to Harry C Sweet Jr and August C Ghilarducci; pretrial motions filing ddl set for 1/27/03; opposition due 2/24/03; reply due 3/3/03; in-court hearing set for 9:00 3/10/03 for both dfts before Judge Ishii motions for reciprocal discovery by USA [8-1] and motion for discovery by defendant Harry C Sweet Jr [7-1] HEARINGS CONTINUED TO 9:00 3/10/03 before Judge Ishii excludable time started for dfts start date: 12/23/02 end date: 3/10/03 C/R K Gentry (jv) (Entered: 12/24/2002) |
| 12/23/2002 | 26 | LIMITED WAIVER of personal appearance by defendant August C Ghilarducci (jv) (Entered: 12/24/2002) |
| 01/03/2003 | 27 | STIPULATION extending deadline for posting of property bond for dft August C Ghilarducci (cc: all counsel) (jv) (Entered: 01/06/2003) |
| 01/03/2003 | | LODGED order extending deadline for posting of property bond by defendant August C Ghilarducci, plaintiff USA (jv) (Entered: 01/06/2003) |
| 01/06/2003 | 28 | ORDER by Magistrate Judge Lawrence J. O'Neill ORDERING ddl for posting property bond [0-0] GRANTED; ORDERING ddl for posting bond EXTENDED from 1/7/03 to 1/21/03 (cc: all counsel) (rcf) (Entered: 01/07/2003) |
| 01/17/2003 | 29 | ORDER by Magistrate Judge Lawrence J. O'Neill for extension of time for deft August C. Ghilarducci to post property bond case mgmt ddl set for 1/27/03 (cc: all counsel) (hl) (Entered: 01/21/2003) |
| 01/17/2003 | 30 | STIPULATION by AUSA and deft August C. Ghilarducci extending ddl for posting of property bond (cc: all counsel) (hl) (Entered: 01/21/2003) |

| 01/24/2003 | 31 | STIPULATION extending ddl for posting of property bond by dft August C Ghilarducci (jh) (Entered: 01/27/2003) |
|---|---|---|
| 01/24/2003 | | LODGED [Proposed] Order Extending Deadline For Posting Of Property Bond by dft August C Ghilarducci (jh) (Entered: 01/27/2003) |
| 01/27/2003 | 32 | ORDER by Judge Ishii re stipulation to extend ddl for posting property bond by dft Ghilarducci [31-1] GRANTED case mgmt ddl EXTENDED to 2/3/03 (cc: all counsel) (jh) (Entered: 01/28/2003) |
| 01/29/2003 | 33 | MEMORANDUM by US Pretrial Services Officer confirming the calendaring of a bail review hrg; dft is presently released on pretrial supervision bail review hrg set for 10:30 1/31/03 for dft August C Ghilarducci (cc: all counsel) (jh) (Entered: 01/30/2003) |
| 01/31/2003 | 34 | MINUTES before Magistrate Judge Dennis L. Beck bail review hearing held on 1/31/03 as to defendant August C Ghilarducci court modified conditions; $250,000 property bond; $250,000 unsecured bond (see attached conditions); dft ordered to appear as previously set 9:00 3/10/03 before Judge Ishii; interpreter: none; C/R A Alvarez (jv) (Entered: 02/03/2003) |
| 01/31/2003 | 35 | BOND ( $250,000 appearance and compliance bond) for August C Ghilarducci (jv) (Entered: 02/03/2003) |
| 01/31/2003 | 36 | ORDER FOR RELEASE OF PERSON IN CUSTODY by Magistrate Judge Dennis L. Beck for August C Ghilarducci (jv) (Entered: 02/03/2003) |
| 02/03/2003 | 37 | COPY OF LETTER from American United Life Insurance Company addressed to dft August Ghilarducci and informing dft that the attached Assignment of Policy as Collateral was recorded on 1/22/03 regarding [36-1], [35-1] [34-1], [34-2] (jv) (Entered: 02/03/2003) |
| 03/06/2003 | | LODGED notice of withdrawal as attorney of record by defendant August C Ghilarducci (sr) (Entered: 03/07/2003) |
| 03/10/2003 | 38 | MINUTES before Judge Anthony W. Ishii pretrial motions filing ddl set for 4/14/03 for Harry C Sweet Jr, for August C Ghilarducci; Oppsition ddl 05/05/03; reply ddl 05/12/03; motions hearing set for 9:00 5/19/03 for Harry C Sweet Jr, for August C Ghilarducci before Judge Ishii ctrm 3 motion for reciprocal discovery by USA [8-1] and motion for discovery by defendant Harry C Sweet Jr [7-1] CONTINUED TO 5/19/03 before Judge Ishii ctrm 3, Excludable Time started Harry C Sweet Jr, August C Ghilarducci start date: end date: 05/19/03 C/R G Thomas (rab) (Entered: 03/11/2003) |
| 04/09/2003 | | LODGED substitution of attorneys by defendant August C Ghilarducci (hl) (Entered: 04/10/2003) |
| 04/10/2003 | 39 | ORDER by Judge Anthony W. Ishii withdrawing attorney Eric A Chase for August C Ghilarducci and substituting attorney James R Homola (cc: all counsel) (hl) (Entered: 04/11/2003) |
| 04/11/2003 | 40 | ORDER by Judge Anthony W. Ishii exonerating and releasing surety posted by August Ghilarducci Sr. for dft August C. Ghilarducci bond [35-1] (cc: all counsel) (wh) (Entered: 04/14/2003) |
| 04/14/2003 | 41 | NOTICE OF MOTION AND MOTION for discovery by defendant August C Ghilarducci hearing set for 9:00 5/19/03 before Judge Ishii (wh) (Entered: 04/15/2003) |
| 04/21/2003 | 42 | NOTICE OF MOTION AND MOTION for a bill of particulars by defendant Harry C Sweet Jr hearing set for 9:00 5/19/03, dept 3 (mm) (Entered: 04/22/2003) |
| 04/21/2003 | 43 | NOTICE OF MOTION AND MOTION for discovery by defendant Harry C Sweet Jr hearing set for 9:00 5/19/03, dept 3 (mm) (Entered: 04/22/2003) |

| 04/21/2003 | 44 | NOTICE OF MOTION AND MOTION to reserve motions by defendant Harry C Sweet Jr hearing set for 9:00 5/19/03, dept 3 (mm) (Entered: 04/22/2003) |
| 04/30/2003 | 45 | JOINDER by defendant August C Ghilarducci in motion to reserve motions by defendant Harry C Sweet Jr (jv) (Entered: 05/01/2003) |
| 04/30/2003 | 46 | JOINDER by defendant August C Ghilarducci in motion for a bill of particulars by defendant Harry C Sweet Jr (jv) (Entered: 05/01/2003) |
| 05/05/2003 | 47 | RESPONSE by plaintiff USA to motion for discovery by defendant August C Ghilarducci [41-1] and..... (tel) (Entered: 05/06/2003) |
| 05/05/2003 | 47 | ..... NOTICE OF MOTION AND MOTION for reciprocal discovery by USA as to August C Ghilarducci hearing set for 9:00 5/19/03 before Judge Ishii (tel) (Entered: 05/06/2003) |
| 05/05/2003 | 48 | RESPONSE by USA to motion for a bill of particulars by defendant Harry C Sweet Jr [42-1] (tel) (Entered: 05/06/2003) |
| 05/05/2003 | 49 | RESPONSE by USA to motion for discovery by defendant Harry C Sweet Jr [43-1] and ..... (tel) (Entered: 05/06/2003) |
| 05/05/2003 | 49 | ..... MOTION for reciprocal discovery by USA as to Harry C Sweet Jr hearing set for 9:00 5/19/03 before Judge Ishii (tel) (Entered: 05/06/2003) |
| 05/16/2003 | 50 | STIPULATION AND ORDER by Judge Anthony W. Ishii status conference continued to 9:00 6/30/03 for dfts Sweet and Ghilarducci , excludable time started for dfts start date: 5/19/03 end date: 6/30/03 (cc: all counsel) - (sr) (Entered: 05/19/2003) |
| 06/25/2003 | 51 | RESPONSE by dft Harry C Sweet Jr to government's objection to motion for a bill of particulars by defendant Harry C Sweet Jr [42-1] (jh) (Entered: 06/26/2003) |
| 06/30/2003 | 52 | MINUTES before Judge Anthony W. Ishii motion for reciprocal discovery by USA [49-1] HEARING SET FOR 9:00 9/28/03 before Judge Ishii pretrial motions filing ddl set for 8/11/03 for Harry C Sweet Jr, for August C Ghilarducci in-court hearing set for 9:00 9/29/03 for Harry C Sweet Jr, for August C Ghilarducci , XT started for Harry C Sweet Jr, August C Ghilarducci start date: 6/30/03 end date: 9/29/03 C/R G Thomas (wh) (Entered: 07/01/2003) |
| 06/30/2003 | 53 | ATTORNEY APPEARANCE for defendant August C Ghilarducci by attorney Harry M Drandell (wh) (Entered: 07/01/2003) |
| 07/14/2003 |  | LODGED substitution of attorneys by defendant August C Ghilarducci (old) (Entered: 07/15/2003) |
| 07/16/2003 | 54 | ORDER by Judge Anthony W. Ishii withdrawing attorney James R Homola for August C Ghilarducci and substituting attorney Harry M Drandell (cc: all counsel) (old) (Entered: 07/16/2003) |
| 08/11/2003 | 55 | NOTICE OF MOTION AND MOTION for discovery by August C Ghilarducci hearing set for 9:00 9/29/03 in ctrm 3 (cs) (Entered: 08/12/2003) |
| 08/11/2003 | 56 | MEMORANDUM OF POINTS AND AUTHORITIES by August C Ghilarducci in support of supplemental motion for discovery [55-1] (cs) (Entered: 08/12/2003) |
| 08/11/2003 | 57 | Dft August C Ghilarducci supplemental argument to his joinder in co-dft Sweet's motion for bill of particulars (cs) (Entered: 08/12/2003) |
| 08/13/2003 | 58 | NOTICE OF MOTION AND MOTION to reserve motions; declaration of Roger T Nuttall in support thereof by Harry C Sweet Jr hearing set for 9:00 9/29/03 |

| | | (cs) (Entered: 08/14/2003) |
|---|---|---|
| 08/21/2003 | 59 | JOINDER by defendant August C Ghilarducci in motion to reserve motions; declaration of Roger T Nuttall in support thereof by Harry C Sweet Jr (sr) (Entered: 08/22/2003) |
| 09/08/2003 | 60 | RESPONSE by USA to Dft Ghilarducci's supplemental argument for bill of particulars [46-1] (tel) (Entered: 09/09/2003) |
| 09/08/2003 | 61 | RESPONSE by USA to motion for discovery by August C Ghilarducci [55-1] (tel) (Entered: 09/09/2003) |
| 09/24/2003 | 62 | NOTICE OF MOTION AND MOTION to declare case complex by defendant August C Ghilarducci hearing set for 9:00 9/29/03 before Judge Ishii ctrm 3 (hl) (Entered: 09/24/2003) |
| 09/24/2003 | 63 | MEMORANDUM OF POINTS AND AUTHORITIES by defendant August C Ghilarducci in support of motion to declare case complex [62-1] (hl) (Entered: 09/24/2003) |
| 09/24/2003 | 64 | NOTICE OF MOTION AND MOTION to dismiss indictment for duplicative prosecution by defendant August C Ghilarducci hearing set for 9:00 9/29/03 before Judge Ishii ctrm 3 (hl) (Entered: 09/24/2003) |
| 09/24/2003 | 65 | MEMORANDUM OF POINTS AND AUTHORITIES by defendant August C Ghilarducci in support of motion to dismiss indictment as duplicative [64-1] (hl) (Entered: 09/24/2003) |
| 09/29/2003 | 66 | MINUTES before Judge Anthony W. Ishii status hearing continued to 9:00 12/1/03 for Harry C Sweet Jr, for August C Ghilarducci; pretrial motions filing ddl set for 10/27/03; opposition ddl 11/17/03; reply ddl 11/24/03; in-court hearing set for 9:00 12/1/03 before Judge Ishii all pending motions [64-1] [62-1], [58-1], [55-1], [49-1], [47-1], [44-1], [43-1], [42-1], [41-1], [8-1], [7-1] HEARING CONTINUED TO 9:00 12/1/03 excludable time started for dfts start date: 9/29/03 end date: 12/1/03 C/R G Thomas (cs) (Entered: 09/30/2003) |
| 10/22/2003 | 67 | RESPONSE by plaintiff USA to motion to declare case complex by defendant August C Ghilarducci [62-1] (tel) (Entered: 10/23/2003) |
| 10/24/2003 | 68 | MEMORANDUM by plaintiff USA in opposition to motion to dismiss indictment for duplicative prosecution and declaration [64-1] (rcf) (Entered: 10/27/2003) |
| 10/27/2003 | 69 | NOTICE OF MOTION AND MOTION for change of venue by defendant August C Ghilarducci hearing set for 9:00 12/1/03 in ctrm 3 (rcf) (Entered: 10/28/2003) |
| 10/27/2003 | 70 | MEMORANDUM OF POINTS AND AUTHORITIES by defendant August C Ghilarducci in support of motion for change of venue transferring the case to the Northern District of Illinois [69-1] (rcf) (Entered: 10/28/2003) |
| 10/27/2003 | 71 | NOTICE OF MOTION AND MOTION for severance of the dfts by defendant August C Ghilarducci hearing set for 9:00 12/1/03 in ctrm 3 (rcf) (Entered: 10/28/2003) |
| 10/27/2003 | 72 | MEMORANDUM OF POINTS AND AUTHORITIES by defendant August C Ghilarducci in support of motion for severance of the dfts [71-1] (rcf) (Entered: 10/28/2003) |
| 11/17/2003 | 73 | RESPONSE by USA to motion for change of venue by defendant August C Ghilarducci [69-1] (tel) (Entered: 11/17/2003) |
| 11/17/2003 | 74 | RESPONSE by USA to motion for severance of the dfts by defendant August C |

| | | |
|---|---|---|
| | | Ghilarducci [71-1] (tel) (Entered: 11/17/2003) |
| 11/17/2003 | 75 | REPLY by defendant August C Ghilarducci to response to motion to dismiss indictment for duplicative prosecution defendant August C Ghilarducci [64-1] (tel) (Entered: 11/17/2003) |
| 11/17/2003 | 76 | REPLY by defendant August C Ghilarducci to response to motion to declare case complex by defendant August C Ghilarducci [62-1] (tel) (Entered: 11/17/2003) |
| 11/17/2003 | 77 | EXHIBITS by defendant August C Ghilarducci in support of dft's reply to govt's opposition to motion to dismiss indictment for duplicative prosecution [75-1] (tel) (Entered: 11/17/2003) |
| 11/24/2003 | 78 | REPLY by dft August C Ghilarducci [73-1] to Govt's opposition to dft's Motion for Change of Venue, transferring the case to the Northern District of Illinois (wh) (Entered: 11/25/2003) |
| 11/24/2003 | 79 | REPLY by dft August C Ghilarducci [74-1] to govt's opposition to dft's motion for a severance of the dft's (wh) (Entered: 11/25/2003) |
| 11/24/2003 | 80 | JOINDER by dft Harry C Sweet Jr in motion for severance of the dfts by dft August C Ghilarducci [71-1], motion for change of venue by dft August C Ghilarducci [69-1], motion to dismiss indictment for duplicative prosecution by dft August C Ghilarducci [64-1], motion to declare case complex by dft August C Ghilarducci [62-1], motion for discovery by August C Ghilarducci [55-1] (wh) (Entered: 11/25/2003) |
| 11/26/2003 | 81 | ORDER by Judge Anthony W. Ishii GRANTING dft August Ghilarducci's waiver of personal appearance at hearing scheduled for 12/1/03 (cc: all counsel) (jv) (Entered: 12/01/2003) |
| 12/01/2003 | 82 | MINUTES before Judge Anthony W. Ishii motion for severance [71-1], for change of venue [69-1], to dismiss indictment for duplicative prosecution [64-1] and to declare case complex by defendant August C Ghilarducci [62-1] ALL DENIED status hearing continued to 9:00 2/2/04 for August C Ghilarducci , excludable time started for dfts start date: 12/1/03 end date: 2/2/04 no interpreter; C/R G Thomas (jv) (Entered: 12/02/2003) |
| 12/01/2003 | 83 | DECLARATION of Harry M Drandell in support of dft Ghilarducci's motion for change of venue transferring case to the Northern District of Illinois [69-1] (jv) (Entered: 12/02/2003) |
| 12/01/2003 | 84 | MINUTES before Judge Anthony W. Ishii motions to reserve motions by defendant Harry C Sweet Jr [58-1] [44-1] GRANTED, motions for discovery by dft Harry Sweet [43-1] [7-1] GRANTED; motion for a bill of particulars by dft Harry C Sweet Jr [42-1] DENIED, status hearing continued to 9:00 2/2/04 for Harry C Sweet Jr , excludable time started for both dfts start date: 12/1/03 end date: 2/2/04 no interpreter; C/R G Thomas (jv) Modified on 12/02/2003 (Entered: 12/02/2003) |
| 12/12/2003 | 85 | SUPPLEMENTAL NOTICE OF MOTION AND MOTION for discovery by defendant August C Ghilarducci hearing set for 9:00 1/5/04 before Judge Ishii (tel) (Entered: 12/15/2003) |
| 12/12/2003 | 86 | MEMORANDUM OF POINTS AND AUTHORITIES by defendant August C Ghilarducci in support of motion for discovery [85-1] (tel) (Entered: 12/15/2003) |
| 12/31/2003 | 87 | RESPONSE by plaintiff USA to motion for discovery by defendant August C Ghilarducci [85-1] (jv) (Entered: 01/05/2004) |
| 01/05/2004 | 88 | MINUTES before Judge Anthony W. Ishii motion for discovery by defendant August C Ghilarducci [85-1] HEARING CONTINUED TO 9:00 2/2/04 |

| | | |
|---|---|---|
| | | excludable time started for Harry C Sweet Jr, August C Ghilarducci start date: 1/5/04 end date: 2/2/04 dft's appearance waived; no interpreter; C/R G Thomas (jv) (Entered: 01/06/2004) |
| 02/02/2004 | 89 | MINUTES before Judge Anthony W. Ishii status hearing CONTINUED TO 9:00 2/17/04 for Harry C Sweet Jr and August C Ghilarducci ALL MOTIONS FOR DISCOVERY CONTINUED TO 9:00 02/17/04 [85-1], [55-1], [49-1], [47-1], [41-1], [8-1] XT started for Harry C Sweet Jr and August C Ghilarducci start date: 02/02/04 end date: 02/17/04 C/R G Thomas (tel) (Entered: 02/03/2004) |
| 02/12/2004 | 90 | NOTICE OF MOTION AND MOTION/REQUEST to trail Fresno prosecution and trial behind Illinois prosecution/trial by defendant August C Ghilarducci hearing set for 9:00 2/17/04 in ctrm 3 (rcf) (Entered: 02/13/2004) |
| 02/17/2004 | 91 | MINUTES before Judge Ishii RE: 2/17/04 Hrg status conference CONTINUED to 9:00 3/1/04 before AWI for dfts Harry C Sweet Jr, August C Ghilarducci; opposition filing ddl set for 2/20/04; reply filing ddl 2/26/04; in-court hearing set for 9:00 3/1/04 before AWI for dft Sweet Jr, Ghilarducci , XE started for Harry C Sweet Jr, August C Ghilarducci start date: 2/17/04 end date: 3/1/04 C/R G Thomas; Interpreter NONE (jh) (Entered: 02/19/2004) |
| 02/20/2004 | 92 | OPPOSITION by plaintiff USA [90-1] to application and motion to continue trial (wh) (Entered: 02/23/2004) |
| 02/26/2004 | 93 | REPLY by dft August C Ghilarducci re [90-1] to govt's opposition to dft's request to trail Fresno prosecution and trial behind Illinois prosecution/trial (wh) (Entered: 02/27/2004) |
| 03/01/2004 | 94 | PRETRIAL ORDER by Judge Anthony W. Ishii trial confirmation and motions in limine hearing set for 9:00 11/15/04, dept 3, for dfts Harry C Sweet Jr and August C Ghilarducci; jury trial set for 8:30 11/30/04, dept 3, both dfts (cc: all counsel) (mm) (Entered: 03/02/2004) |
| 03/01/2004 | 95 | MINUTES before Judge Anthony W. Ishii motion to trail Fresno prosecution and trial behind Illinois prosecution/trial by defendant August C Ghilarducci [90-1] DENIED, motion for discovery by defendant August C Ghilarducci [85-1] DENIED pretrial motions filing ddl set for 9/27/04 for both dfts; status hearing set for 9:00 4/5/04, dept 3, for both dfts; case mgmt ddl set for 10/18/04 for receipt of response to motions; replies due 11/1/04; trial confirmation/motions hearing set for 11/15/04 9:00, dept 3; jury trial set for 11/30/04 8:30, dept 3 XT started for Harry C Sweet Jr, August C Ghilarducci start date: 3/1/04 end date: 11/30/04 C/R G Thomas; interpreter - none (mm) (Entered: 03/03/2004) |
| 04/05/2004 | 96 | MINUTES before Judge Anthony W. Ishii status hearing continued to 9:00 6/1/04 for Harry C Sweet Jr, for August C Ghilarducci excludable time started for dfts start date: 4/5/04 end date: 6/1/04 C/R G Thomas (cs) (Entered: 04/06/2004) |
| 05/12/2004 | 97 | ORDER by Judge Anthony W. Ishii permitting the taking of deposition of a trial witness (cc: all counsel) (rab) (Entered: 05/13/2004) |
| 05/12/2004 | 98 | NOTICE OF MOTION AND MOTION for to take deposition of trial witness by USA as to Harry C Sweet Jr (hl) (Entered: 05/13/2004) |
| 05/12/2004 | | LODGED order permitting taking of deposition trial witness by plaintiff USA (hl) (Entered: 05/13/2004) |
| 05/18/2004 | 99 | STIPULATION AND ORDER by Judge Anthony W. Ishii re deposition of Gibbons Moore to be continued to 1:00 6/10/04 (cc: all counsel) - (cs) (Entered: 05/19/2004) |
| | | |

| 06/01/2004 | 100 | MINUTES before Judge Anthony W. Ishii status hearing CONTINUED to 9:00 8/16/04, dept 3, for dfts Harry C Sweet Jr and August C Ghilarducci dfts' appearance is waived for the next hearing; C/R G Thomas; interpreter - none (mm) (Entered: 06/03/2004) |
| --- | --- | --- |
| 08/16/2004 | 101 | MINUTES before Judge Anthony W. Ishii status hearing continued to 9:00 10/4/04 for Harry C Sweet Jr, August C Ghilarducci C/R G Thomas (cs) (Entered: 08/17/2004) |
| 08/23/2004 | 102 | MINUTES before Judge Anthony W. Ishii pretrial motions filing ddl set for 10/18/04 for Harry C Sweet Jr, August C Ghilarducci; in-court hearing set for 9:00 11/15/04; trial confirmation hearing set for 9:00 11/15/04i; jury trial set for 8:30 11/30/04 before AWI excludable time started for dfts start date: 8/23/04 end date: 11/30/04 C/R Thomas (cs) (Entered: 08/24/2004) |
| 09/30/2004 | 103 | SECOND SUPERSEDING indictment as to Harry C Sweet (1) count(s) 1ss, 2ss-3ss, 4ss-8ss, 9ss, 10ss, August C Ghilarducci (2) count(s) 1s, 4s-8s, 9s, 10s (mm) (Entered: 10/01/2004) |
| 10/04/2004 | 104 | MINUTES before Judge Anthony W. Ishii status hearing continued to 9:00 10/25/04 before AWI ctrm 3 for Harry C Sweet Jr, for August C Ghilarducci , pretrial motions filing ddl set for for Harry C Sweet Jr, for August C Ghilarducci , opposition filing ddl set for 10/21/04 C/R G. Thomas (plk) (Entered: 10/04/2004) |
| 10/15/2004 | 105 | NOTICE OF MOTION AND MOTION to continue trial by defendant Harry C Sweet Jr hearing set for 9:00 10/25/04, dept 3 (mm) (Entered: 10/18/2004) |
| 10/15/2004 | 106 | NOTICE OF MOTION AND MOTION to continue trial by defendant August C Ghilarducci hearing set for 9:00 10/25/04, dept 3 (mm) (Entered: 10/18/2004) |
| 10/15/2004 | 107 | NOTICE OF MOTION AND MOTION for a bill of particulars by defendant August C Ghilarducci hearing set for 9:00 10/25/04, dept 3 (mm) (Entered: 10/18/2004) |
| 10/21/2004 | 108 | RESPONSE by plaintiff USA to motion to continue trial by defendant August C Ghilarducci [106-1] (mm) (Entered: 10/22/2004) |
| 10/21/2004 | 109 | RESPONSE by plaintiff USA to motion to continue trial by defendant Harry C Sweet Jr [105-1] (mm) (Entered: 10/22/2004) |
| 10/21/2004 | 110 | RESPONSE by plaintiff USA to motion for a bill of particulars by defendant August C Ghilarducci [107-1] (mm) (Entered: 10/22/2004) |
| 10/25/2004 | 111 | PRETRIAL ORDER by Judge Ishii trial confirmation and motions in limine hrg set for 9:00 2/14/05 before AWI for dfts Harry C Sweet Jr, for August C Ghilarducci; jury trial set for 8:30 3/1/05 before AWI for said dfts; RULE OF CONDUCT attached (cc: all counsel) (jh) (Entered: 10/26/2004) |
| 10/25/2004 | 112 | MINUTES before Judge Ishii RE: 10/25/04 Status Conference as to dfts Harry Sweet and August Ghilarducci status conference CONTINUED to 9:00 12/13/04 before AWI; motions filing ddl set for 1/18/05; opposition ddl set for 2/1/05; reply ddl set for 2/8/05; in-court hearing set for 9:00 2/14/05 before AWI; TRIAL SETTING: new trial confirmation hearing set for 9:00 2/14/05 before AWI; jury trial CONTINUED to 8:30 3/1/05 before AWI; trial date of 11/30/04 VACATED motion for a bill of particulars by defendant August C Ghilarducci [107-1] DENIED; motion to continue trial by defendant C Ghilarducci [106-1] GRANTED; motion to continue trial by defendant Harry C Sweet Jr [105-1] GRANTED, XT started Harry C Sweet Jr, August C Ghilarducci start date: end date: 3/1/05 C/R G Thomas; Interpreter NONE(jh) Modified on 10/26/2004 (Entered: 10/26/2004) |

| 10/27/2004 | 113 | NOTICE OF MOTION AND MOTION for reciprocal discovery by USA as to August C Ghilarducci; hearing set for 9:00 12/13/04, dept 3 (mm) (Entered: 10/28/2004) |
|---|---|---|
| 10/27/2004 | 114 | NOTICE OF MOTION AND MOTION for reciprocal discovery by USA as to Harry C Sweet Jr hearing set for 9:00 12/13/04, dept 3 (mm) (Entered: 10/28/2004) |
| 12/13/2004 | 115 | MINUTES before Judge Anthony W. Ishii status hearing CONTINUED TO 9:00 1/10/05 for Harry C Sweet Jr, for August C Ghilarducci C/R G Thomas (tel) (Entered: 12/14/2004) |
| 01/05/2005 | 116 | NOTICE OF INTENTION TO FILE MOTION to DISMISS indictment for duplicative prosecution/double jeopardy by August C Ghilarducci. Motion Hearing set for 1/10/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Robles, S) (Entered: 01/06/2005) |
| 01/10/2005 | 117 | MINUTES for proceedings held before Judge Anthony W. Ishii :STATUS CONFERENCE as to Harry C Sweet, Jr, August C Ghilarducci held on 1/10/2005 and continued to 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii.Motions filed by 1/21/05 opposition by 1/28/05. ***Excludable started as to Harry C Sweet, Jr, August C Ghilarducci:Government Counsel S. Oberto present. Defense Counsel R. Nuttall, H. Drandell present. Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 01/12/2005) |
| 01/18/2005 | 118 | MOTION IN LIMINE by USA as to Harry C Sweet, Jr, August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Oberto, Sheila) (Entered: 01/18/2005) |
| 01/18/2005 | 119 | MOTION to DISMISS *INDICTMENT-KASTIGAR IMMUNITY* by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Attachments: # 1 Exhibit A)(Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | 120 | MOTION for BILL of PARTICULARS by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | 121 | MOTION for DISCLOSURE *OF INFORMATION PURSUANT TO BRADY vs. MARYLAND* by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | 122 | MOTION for PROTECTIVE ORDER *FOR PRESERVATION OF TAPES, NOTES AND OTHER COMMUNICATIONS* by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | 123 | MOTION to DISMISS *INDICTMENT - DUPLICITOUS* by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | 124 | MOTION to CONTINUE by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | 125 | MOTION to DISMISS *INDICTMENT RATLIFF/PACHECO* by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | 126 | MOTION for DISCOVERY *AND NOTICE OF INTENTION TO USE 404(b) EVIDENCE* by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 |

| | | |
|---|---|---|
| | | AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | ●127 | MOTION to STRIKE *SURPLUSAGE* by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | ●128 | MOTION for DISCOVERY *AND DISCLOSURE OF EXCULPATORY EVIDENCE AND REQUEST TO FILE ADDITIONAL MOTIONS* by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/18/2005 | ●129 | MOTION for DISCOVERY *AND TO RESERVE MOTIONS* by Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 01/18/2005) |
| 01/19/2005 | ●130 | MOTION for JOINDER in *Codefendant Sweet's Motion for Notice of Intention to Use 404(b) Evidence* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
| 01/19/2005 | ●131 | MOTION for JOINDER in *Codefendant Sweet's Motion for Bill of Particulars* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
| 01/19/2005 | ●132 | MOTION for JOINDER in *Codefendant Sweet's Motion for Continuance* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
| 01/19/2005 | ●133 | MOTION for JOINDER in *Codefendant Sweet's Motion For Discovery and Disclosure of Exculpatory Evidence And Request To File Additional Motions* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
| 01/19/2005 | ●134 | MOTION for JOINDER in *Codefendant Sweet's Motion for Preservation of Tapes, Notes and Other Communications* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
| 01/19/2005 | ●135 | MOTION for JOINDER in *Codefendant Sweet's Motion to Disclose Information Pursuant to Brady v. Maryland, 373 U.S. 83 (1963)* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
| 01/19/2005 | ●136 | MOTION for JOINDER in *Codefendant Sweet's Motion to Dismiss Indictment Ratcliff/Pacheco* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
| 01/19/2005 | ●137 | MOTION for JOINDER in *Codefendant Sweet's Motion to Dismiss Indictment - Duplicitous* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
| 01/19/2005 | ●138 | MOTION for JOINDER in *Codefendant Sweet's Motion to Reserve Motions* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
| 01/19/2005 | ●139 | MOTION for JOINDER in *Codefendant Sweet's Motion to Strike Surplusage* by |

| | | August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/19/2005) |
|---|---|---|
| 01/21/2005 | ●140 | MOTION IN LIMINE *To Offer Evidence of Prior Conviction at Trial* by USA as to August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Attachments: # 1 # 2) (Oberto, Sheila) (Entered: 01/21/2005) |
| 01/21/2005 | ●141 | MOTION to DISMISS the *Indictment for Duplicative Prosecution/Double Jeopardy; Memorandum of Points and Authorities in Support Thereof* by August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 01/21/2005) |
| 01/21/2005 | ●142 | MOTION IN LIMINE *Notice of Intent to Offer Evidence Pursuant to Rule 404(b)* by USA as to August C Ghilarducci. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Attachments: # 1)(Oberto, Sheila) (Entered: 01/21/2005) |
| 01/21/2005 | ●143 | MOTION IN LIMINE *Government's Motion to Prohibit Defendant Ghilraducci From Asserting Either Attorney Client Privilege or Advice of Counsel Defense* by USA as to Harry C Sweet, Jr. Motion Hearing set for 1/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Entered: 01/21/2005) |
| 01/21/2005 | ●144 | EXHIBITS *Submitted in Support of Defendant's Motion to Dismiss Indictment for Duplicative Prosecution/Double Jeopardy* by August C Ghilarducci (Attachments: # 1 Exhibit Exhibit A (Part 1 of 2)# 2 Exhibit Exhibit A (Part 2 of 2)# 3 Exhibit Exhibits B-H)(Drandell, Harry) (Entered: 01/21/2005) |
| 01/25/2005 | ●145 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 119 MOTION to DISMISS *INDICTMENT-KASTIGAR IMMUNITY* (Attachments: # 1)(Oberto, Sheila) (Entered: 01/25/2005) |
| 01/25/2005 | ●146 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 129 MOTION for DISCOVERY *AND TO RESERVE MOTIONS* (Attachments: # 1 # 2)(Oberto, Sheila) (Entered: 01/25/2005) |
| 01/25/2005 | ●147 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 125 MOTION to DISMISS *INDICTMENT RATLIFF/PACHECO* (Attachments: # 1 # 2)(Oberto, Sheila) (Entered: 01/25/2005) |
| 01/25/2005 | ●148 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 123 MOTION to DISMISS *INDICTMENT - DUPLICITOUS* (Oberto, Sheila) (Entered: 01/25/2005) |
| 01/25/2005 | ●149 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 120 MOTION for BILL of PARTICULARS (Oberto, Sheila) (Entered: 01/25/2005) |
| 01/25/2005 | ●150 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 126 MOTION for DISCOVERY *AND NOTICE OF INTENTION TO USE 404(b) EVIDENCE* (Oberto, Sheila) (Entered: 01/25/2005) |
| 01/25/2005 | ●151 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 122 MOTION for PROTECTIVE ORDER *FOR PRESERVATION OF TAPES, NOTES AND OTHER COMMUNICATIONS* (Oberto, Sheila) (Entered: 01/25/2005) |
| 01/25/2005 | ●152 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 128 MOTION for DISCOVERY *AND DISCLOSURE OF EXCULPATORY EVIDENCE AND REQUEST TO FILE ADDITIONAL MOTIONS* (Oberto, Sheila) (Entered: 01/25/2005) |

| 01/25/2005 | 🌐153 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 121 MOTION for DISCLOSURE *OF INFORMATION PURSUANT TO BRADY vs. MARYLAND* (Oberto, Sheila) (Entered: 01/25/2005) |
| --- | --- | --- |
| 01/25/2005 | 🌐154 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 124 MOTION to CONTINUE (Oberto, Sheila) (Entered: 01/25/2005) |
| 01/25/2005 | 🌐155 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 127 MOTION to STRIKE *SURPLUSAGE* (Oberto, Sheila) (Entered: 01/25/2005) |
| 01/26/2005 | 🌐156 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to August C Ghilarducci re 141 MOTION to DISMISS *the Indictment for Duplicative Prosecution/Double Jeopardy; Memorandum of Points and Authorities in Support Thereof* (Oberto, Sheila) (Entered: 01/26/2005) |
| 01/31/2005 | 🌐163 | MINUTES for proceedings held before Judge Anthony W. Ishii :MOTION HEARING as to Harry C Sweet, Jr, August C Ghilarducci held on 1/31/2005 re Motions in Limine. Motions argued and granted in part and denied in Government Counsel S. Oberto present. Defense Counsel B. Wright present. Custody Status: bond. Court Reporter/CD Number: G. Thomas. (Lucas, L) (Entered: 02/08/2005) |
| 02/04/2005 | 🌐157 | MOTION IN LIMINE *Credibility Vouching* by Harry C Sweet, Jr. Motion Hearing set for 11/14/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 02/04/2005) |
| 02/04/2005 | 🌐158 | MOTION IN LIMINE *For a Hearing to Determine Preliminary Facts Pursuant to Federal Rules Evidence Rule 801(d)(2)(E)* by Harry C Sweet, Jr. Motion Hearing set for 11/14/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 02/04/2005) |
| 02/04/2005 | 🌐159 | MOTION IN LIMINE *to be Granted the Right to File Additional In Limine Motions* by Harry C Sweet, Jr. Motion Hearing set for 11/14/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 02/04/2005) |
| 02/04/2005 | 🌐160 | First Amended MOTION to AMEND/CORRECT In Limine Motion - Credibility Vouching by Harry C Sweet, Jr. Motion Hearing set for 2/14/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 02/04/2005) |
| 02/04/2005 | 🌐161 | First Amended MOTION to AMEND/CORRECT IN LIMINE MOTION TO BE GRANTED THE RIGHT TO FILE ADDITIONAL IN LIMINE MOTIONS by Harry C Sweet, Jr. Motion Hearing set for 2/14/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 02/04/2005) |
| 02/04/2005 | 🌐162 | First Amended MOTION to AMEND/CORRECT IN LIMINE MOTION FOR A HEARING TO DETERMINE PRELIMINARY FACTS PURSUANT TO FEDERAL RULES EVIDENCE RULE 801(d)(2)(E). by Harry C Sweet, Jr. Motion Hearing set for 2/14/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 02/04/2005) |
| 02/08/2005 | 🌐164 | MOTION for JOINDER in *Codefendant Sweet's Amended In Limine Motion to Be Granted the Right to File Additional In Limine Motions* by August C Ghilarducci. Motion Hearing set for 2/14/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 02/08/2005) |
| 02/08/2005 | 🌐165 | MOTION for JOINDER in *Codefendant Sweet's Amended In Limine Motion - Credibility Vouching* by August C Ghilarducci. Motion Hearing set for 2/14/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 02/08/2005) |

| 02/08/2005 | 🔘166 | MOTION for JOINDER in *Codefendant Sweet's Amended In Limine Motion For A Hearing To Determine Preliminary Facts Pursuant to Federal Rule Evidence Rule 801(d)(2)(E)* by August C Ghilarducci. Motion Hearing set for 2/14/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 02/08/2005) |
| 02/10/2005 | 🔘167 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 159 MOTION IN LIMINE *to be Granted the Right to File Additional In Limine Motions* (Oberto, Sheila) (Entered: 02/10/2005) |
| 02/10/2005 | 🔘168 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 158 MOTION IN LIMINE *For a Hearing to Determine Preliminary Facts Pursuant to Federal Rules Evidence Rule 801(d)(2)(E)* (Oberto, Sheila) (Entered: 02/10/2005) |
| 02/10/2005 | 🔘169 | MEMORANDUM/RESPONSE in OPPOSITION by Harry C Sweet, Jr *to Government's notice of intention to admit evidence of Mr. Sweet's financial difficulty* (Nuttall, Roger) (Entered: 02/10/2005) |
| 02/10/2005 | 🔘170 | MEMORANDUM/RESPONSE in OPPOSITION by August C Ghilarducci *To The Government's Intent To Offer Rule 404(b) Evidence At Trial During The Prosecution Case-In-Chief* (Drandell, Harry) (Entered: 02/10/2005) |
| 02/10/2005 | 🔘171 | MEMORANDUM/RESPONSE in OPPOSITION by August C Ghilarducci *To The Government's Notice of Intent To Offer Evidence Of Prior Conviction At Trial* (Drandell, Harry) (Entered: 02/10/2005) |
| 02/10/2005 | 🔘172 | MEMORANDUM/RESPONSE in OPPOSITION by August C Ghilarducci *TO THE GOVERNMENT'S NOTICE TO PREVENT THE ASSERTION OF ATTORNEY-CLIENT PRIVILEGE OR ADVICE OF COUNSEL DEFENSE* (Drandell, Harry) (Entered: 02/10/2005) |
| 02/14/2005 | 🔘173 | MINUTES for proceedings held before Judge Anthony W. Ishii :HEARING on Motions in Limine held on 2/14/2005 TRIAL CONFIRMATION HEARING held on 2/14/2005 and trial date of 03/01/05 is confirmed.Defendant Ghilarducci is arraigned on 3rd Superseding Indictment and enters plea of not guilty as to all counts. Government Counsel S. Oberto, B. Wright, S. Boone present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 02/15/2005) |
| 02/23/2005 | 🔘174 | EXHIBIT *Notice Lodging Video-Taped Deposition of Gibbons Moore* by USA. (Oberto, Sheila) (Entered: 02/23/2005) |
| 02/23/2005 | 🔘175 | Video-taped deposition of Gibbons Moore received per notice of lodging filed 2/23/05(Vasquez, J) (Entered: 02/23/2005) |
| 02/24/2005 | 🔘176 | MOTION IN LIMINE *TO BE GRANTED THE RIGHT TO FILE ADDITIONAL JURY INSTRUCTIONS BEFORE CLOSING ARGUMENTS* by Harry C Sweet, Jr. Motion Hearing set for 3/1/2005 at 08:30 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 02/24/2005) |
| 02/24/2005 | 🔘177 | MOTION IN LIMINE *RE STATEMENTS TO BE EXCLUDED FROM GOVERNMENT'S CASE IN CHIEF PURSUANT TO IMMUNITY AGREEMENTS* by Harry C Sweet, Jr. Motion Hearing set for 3/1/2005 at 08:30 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 02/24/2005) |
| 02/24/2005 | 🔘178 | MOTION to CONTINUE *TRIAL* by Harry C Sweet, Jr. (Nuttall, Roger) (Entered: 02/24/2005) |
| 02/24/2005 | 🔘179 | MOTION IN LIMINE *TO SUBMIT ADDITIONAL EXHIBITS DURING THE TRIAL* by Harry C Sweet, Jr. (Nuttall, Roger) (Entered: 02/24/2005) |
| 02/24/2005 | 🔘180 | PROPOSED VOIR DIRE by USA as to Harry C Sweet, Jr, August C Ghilarducci (Oberto, Sheila) (Entered: 02/24/2005) |

| | | |
|---|---|---|
| 02/24/2005 | ⊕181 | EXHIBIT LIST by USA as to Harry C Sweet, Jr, August C Ghilarducci (Oberto, Sheila) (Entered: 02/24/2005) |
| 02/24/2005 | ⊕182 | WITNESS LIST by USA as to Harry C Sweet, Jr, August C Ghilarducci (Oberto, Sheila) (Entered: 02/24/2005) |
| 02/24/2005 | ⊕183 | TRIAL BRIEF by August C Ghilarducci (Drandell, Harry) (Entered: 02/24/2005) |
| 02/24/2005 | ⊕184 | PROPOSED JURY INSTRUCTIONS by USA as to Harry C Sweet, Jr, August C Ghilarducci (Oberto, Sheila) (Entered: 02/24/2005) |
| 02/24/2005 | ⊕185 | TRIAL BRIEF by USA as to Harry C Sweet, Jr, August C Ghilarducci (Attachments: # 1 # 2)(Oberto, Sheila) (Entered: 02/24/2005) |
| 02/24/2005 | ⊕186 | EXHIBIT *A-U (Exhibit Binder)* (Drandell, Harry) (Entered: 02/24/2005) |
| 02/24/2005 | ⊕187 | CERTIFICATE of SERVICE by August C Ghilarducci re 186 Exhibit (CR) *Exhibit Binder* (Drandell, Harry) (Entered: 02/24/2005) |
| 02/24/2005 | ⊕188 | PROPOSED VOIR DIRE by August C Ghilarducci (Drandell, Harry) (Entered: 02/24/2005) |
| 02/25/2005 | ⊕189 | PROPOSED JURY INSTRUCTIONS by August C Ghilarducci (Drandell, Harry) (Entered: 02/25/2005) |
| 02/25/2005 | ⊕190 | NOTICE OF FILING / LODGING DOCUMENT IN PAPER *Defendant August Ghilarducci's Proposed Jury Instructions* by August C Ghilarducci: Jury Instructions 3 1/2" Diskette Containing Defendant Ghilarducci's Jury Instructions. (Drandell, Harry) (Entered: 02/25/2005) |
| 02/25/2005 | ⊕191 | WITNESS LIST by Harry C Sweet, Jr (Nuttall, Roger) (Entered: 02/25/2005) |
| 02/25/2005 | ⊕192 | MOTION to DISMISS *DUE TO PROSECUTORIAL MISCONDUCT; and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* by Harry C Sweet, Jr. Motion Hearing set for 3/1/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibits D - E# 5 Exhibit Exhibit F# 6 Exhibit Exhibit G# 7 Exhibit Exhibit H# 8 Exhibit Exhibit I) (Nuttall, Roger) (Entered: 02/25/2005) |
| 02/25/2005 | ⊕193 | [Text Only] Jury instructions and diskette RECEIVED per notice of lodging filed on 2/25/05 as to August C Ghilarducci: (Vasquez, J) (Entered: 02/25/2005) |
| 03/01/2005 | ⊕194 | NOTICE OF FILING / LODGING DOCUMENT IN PAPER *(Exhibit Binder)* by Harry C Sweet, Jr: Trial Exhibits A-Z Lodged. (Nuttall, Roger) (Entered: 03/01/2005) |
| 03/01/2005 | ⊕195 | EXHIBIT LIST by Harry C Sweet, Jr (Nuttall, Roger) (Entered: 03/01/2005) |
| 03/01/2005 | ⊕197 | MINUTES for proceedings held before Judge Anthony W. Ishii :JURY SELECTION and JURY TRIAL held on 3/1/2005. MOTION HEARING held; Argued and Submitted, 178 MOTION to CONTINUE TRIAL filed by Harry C Sweet, Jr, 192 DENIED; MOTION to DISMISS filed by Harry C Sweet, Jr.- DENIED; Voir Dire begun; Jury Selection and Jury Trial continued to 3/2/2005 at 08:30 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. Government Counsel S. Oberto, S. Boone, R. Wright present. Defense Counsel R. Nuttall, H. Drandell, E. Page present. Custody Status: OR/Bond. Court Reporter/CD Number: G. Thomas. Interpreter none present. (Alvarez, A) (Entered: 03/02/2005) |
| 03/02/2005 | ⊕196 | PROPOSED JURY INSTRUCTIONS by Harry C Sweet, Jr (Nuttall, Roger) (Entered: 03/02/2005) |

| 03/02/2005 | ●198 | STIPULATION *Re: Admissiblity of Evidence* by USA (Boone, Stanley) (Entered: 03/02/2005) |
|---|---|---|
| 03/02/2005 | ●199 | MINUTES(Text Entry)Jury Trial 2nd Day was held on 3/2/2005 before Judge Anthony W. Ishii :JURY TRIAL as to Harry C Sweet, Jr, August C Ghilarducci was continued to 3/3/2005 at 08:30 AM in Courtroom 3. Witnessess Beverly Sherwood, David Davis and Rodney Richie were sworn and exhibits admitted.Government Counsel S. Oberto & R. Wright present. Defense Counsel R. Nuttall & H. Drandell present. Custody Status: Bond. Court Reporter/CD Number: Gail Thomas. (Lucas, L) (Entered: 03/03/2005) |
| 03/04/2005 | ●200 | NOTICE OF FILING / LODGING DOCUMENT IN PAPER *Defendant August Ghilarducci's Exhibits V-Z (Exhibit Binder No. 2) and Exhibits AA-FF (Exhibit Binder No. 3)* by August C Ghilarducci:. (Drandell, Harry) (Entered: 03/04/2005) |
| 03/04/2005 | ●201 | MINUTES for proceedings held before Judge Anthony W. Ishii :JURY TRIAL as to Harry C Sweet, Jr, August C Ghilarducci held on 3/3/2005. Witnesses sworn and testify, exhibits admitted. Court recess to 3/4/05.Witnesses: Rodney Ritchie, Jason Denman, Debra Yee.Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 03/04/2005) |
| 03/04/2005 | ●202 | NOTICE OF FILING / LODGING DOCUMENT IN PAPER *SUPPLEMENTAL EXHIBITS A-U* by Harry C Sweet, Jr: Supplemental Lodged. (Nuttall, Roger) (Entered: 03/04/2005) |
| 03/04/2005 | ●203 | EXHIBIT LIST by Harry C Sweet, Jr (Nuttall, Roger) (Entered: 03/04/2005) |
| 03/04/2005 | ●204 | MINUTES (TEXT ONLY) for proceedings held before Judge Anthony W. Ishii :JURY TRIAL - Fourth day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/4/2005. Witnesses Dean Michaelis, Melinda Rivasplata, Harlan Mikels sworn and testify. Video depo of Gibbons Moore played for jury. Exhibits admitted. Court recess to 03/08/05 at 8:30 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 03/05/2005) |
| 03/08/2005 | ●205 | NOTICE OF FILING / LODGING DOCUMENT IN PAPER *SECOND SUPPLEMENTAL* by Harry C Sweet, Jr: Exhibits Lodged. (Nuttall, Roger) (Entered: 03/08/2005) |
| 03/08/2005 | ●206 | EXHIBIT LIST by Harry C Sweet, Jr (Nuttall, Roger) (Entered: 03/08/2005) |
| 03/08/2005 | ●207 | MINUTES (Text Only) for proceedings held before Judge Anthony W. Ishii :JURY TRIAL - 5th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/8/2005. Witnesses William Needler and Theodore Grippo sworn and testify.Exhibits admitted. Court recess to March 9, 2005 at 8:30 am Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 03/09/2005) |
| 03/09/2005 | ●208 | MINUTES for proceedings held before Judge Anthony W. Ishii :JURY TRIAL 6th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/9/2005. Witnesses Theodore Grippo, Brian McGuire, James Baczynski and Alonso Medina(with interpreter) testify. Exhibits admitted, court recess to March 10, 2005 at 8:30 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel H. Drandell, R. Nuttall present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. Interpreter A. Watrous present. (Nazaroff, H) (Entered: 03/09/2005) |
| 03/10/2005 | ●209 | MINUTES (Text Only) for proceedings held before Judge Anthony W. |

| | | |
|---|---|---|
| | | Ishii :JURY TRIAL - 7th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/10/2005. Testimony by Alonso Medina and William Kerr. Exhibits admitted.Court recess to March 11, 2005 at 8:30 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. Interpreter A. Watrous present. (Nazaroff, H) (Entered: 03/10/2005) |
| 03/11/2005 | ○210 | MINUTES (Text Only) for proceedings held before Judge Anthony W. Ishii :JURY TRIAL - 8th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/11/2005. Testimony by Steve Armbruster and Jackie Hoegel. Exhibits admitted, court recess to 3/15/05 at 8:30 am. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas, K. Lopez. (Nazaroff, H) (Entered: 03/11/2005) |
| 03/11/2005 | ○212 | ORDER signed by Judge Anthony W. Ishii on 3/11/05 ORDERING that a subpoena be issued to Brady J. Mills, Special Agent, United States Secret Service and served by the U. S. Marshal on behalf of Harry C Sweet, Jr. (Carter-Ford, R) (Entered: 03/14/2005) |
| 03/14/2005 | ○211 | MOTION IN LIMINE *Government in trial in limine motion to exclude defendant Sweet character witness letters, and to exclude photographs of defendant Sweet* by USA as to Harry C Sweet, Jr. Motion Hearing set for 3/15/2005 at 08:30 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Oberto, Sheila) (Entered: 03/14/2005) |
| 03/14/2005 | ○213 | MOTION IN LIMINE *TO ALLOW MR. SWEET THE RIGHT TO PUBLISH THE AMOUNTS REPRESENTED BY THE PRIOR 23 TRANSACTIONS BY THE CO-DEFENDANT GHILARDUCCI* by Harry C Sweet, Jr. (Nuttall, Roger) (Entered: 03/14/2005) |
| 03/14/2005 | ○214 | NOTICE OF FILING / LODGING DOCUMENT IN PAPER *THIRD SUPPLEMENTAL EXHIBIT LIST* by Harry C Sweet, Jr: Third Supplemental Exhibit List Lodged. (Nuttall, Roger) (Entered: 03/14/2005) |
| 03/14/2005 | ○215 | EXHIBIT LIST by Harry C Sweet, Jr (Nuttall, Roger) (Entered: 03/14/2005) |
| 03/15/2005 | ○216 | MOTION to DISMISS *Rule 29 Motion* by August C Ghilarducci. Motion Hearing set for 5/16/2005 at 08:15 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 03/15/2005) |
| 03/15/2005 | ○217 | MINUTES (Text Only) for proceedings held before Judge Anthony W. Ishii :JURY TRIAL - 9th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/15/2005. Witnesses Wesly Lau and Robert Holman testify. Exhibits admitted.Government Rests. Court recess to 3/16/05 at 8:15 am Government Counsel S. Oberto, R. Wright present. Defense Counsel H. Drandell, R. Nuttall present. Custody Status: (B). Court Reporter/CD Number: Karen Lopez. (Nazaroff, H) (Entered: 03/16/2005) |
| 03/16/2005 | ○218 | MINUTES (Text Only) for proceedings held before Judge Anthony W. Ishii :JURY TRIAL -10th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/16/2005. Defendants Rule 29 motions are argued and denied. Opening statement by defendant Sweet. Harry Sweet sworn and testified. Exhibits admitted. Court recess to March 17, 2005 at 8:30 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: Karen Lopez. (Nazaroff, H) (Entered: 03/16/2005) |
| 03/17/2005 | ○219 | MINUTES (Text Only) for proceedings held before Judge Anthony W. Ishii :JURY TRIAL - 11 day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/17/2005. Further testimony by Harry Sweet. Exhibits admitted. Court recessto March 22, 2005 at 8:15 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody |

| | | Status: (B). Court Reporter/CD Number: Karen Lopez. (Nazaroff, H) (Entered: 03/17/2005) |
|---|---|---|
| 03/21/2005 | 220 | MEMORANDUM by Harry C Sweet, Jr, Harry C Sweet, Jr *RE: STATE OF MIND* (Nuttall, Roger) (Entered: 03/21/2005) |
| 03/21/2005 | 221 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr, August C Ghilarducci *Government's Response Re State of Mind Issue* (Oberto, Sheila) (Entered: 03/21/2005) |
| 03/21/2005 | 222 | RETURN OF SERVICE EXECUTED re 212 Order for Supboena by US Marshal. (Lundstrom, T) (Entered: 03/21/2005) |
| 03/22/2005 | 223 | TRANSCRIPT of Opening Statement as to Harry C Sweet, Jr held on 3/16/05 before Judge Anthony W. Ishii. Court Reporter: Karen Lopez. (Lundstrom, T) (Entered: 03/22/2005) |
| 03/22/2005 | 224 | EXHIBIT LIST by August C Ghilarducci (Drandell, Harry) (Entered: 03/22/2005) |
| 03/22/2005 | 225 | MOTION Defendant Ghilarducci's Request to Have Hearing Outside Presence of Jury With Respect to Waiver of Attorney-Client Privilege as to Theodore Grippo by August C Ghilarducci. Motion Hearing set for 3/23/2005 at 08:30 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Attachments: # 1) (Drandell, Harry) (Entered: 03/22/2005) |
| 03/22/2005 | 226 | MINUTES for proceedings held before Judge Anthony W. Ishii :JURY TRIAL - 12th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/22/2005. Further testimony by Defendant Sweet. Exhibits admitted. Court recess to 3/23/05 at 8:30 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 03/22/2005) |
| 03/23/2005 | 227 | TRANSCRIPT Testimony of Harry C. Sweet relating to Mr. Ghilarducci held on 3/17/05 before Judge Anthony W. Ishii. Court Reporter: Karen Lopez. (Lundstrom, T). (Entered: 03/23/2005) |
| 03/23/2005 | 228 | MINUTES for proceedings held before Judge Anthony W. Ishii :JURY TRIAL 13th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/23/2005. Further testimony by Harry Sweet, exhibits admitted, court recess to 03/24/05 at 8:30 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 03/23/2005) |
| 03/24/2005 | 229 | MINUTES for proceedings held before Judge Anthony W. Ishii :JURY TRIAL- 14th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/24/2005. Witnesses Harry Sweet, Eric Reinhardt, David O'Brien, Ron Karabian, David Sweet & Joseph Bienkowski testify. Exhibits admitted. Court recess to 03/25/05 at 8:30 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 03/24/2005) |
| 03/24/2005 | 230 | MOTION IN LIMINE by USA as to August C Ghilarducci. Motion Hearing set for 3/24/2005 at 08:30 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Oberto, Sheila) (Entered: 03/24/2005) |
| 03/25/2005 | 231 | MEMORANDUM/RESPONSE in SUPPORT by August C Ghilarducci *Defendant Ghilarducci's Further Briefing in Support of Admissibility of Proffered Tape Recording in Re Telephone Conversation Between Mr. Ghilarducci and FBI S/A Klimas* (Drandell, Harry) (Entered: 03/25/2005) |
| 03/25/2005 | 232 | MINUTES for proceedings held before Judge Anthony W. Ishii :JURY TRIAL - 15th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/25/2005. |

|  |  | Witnesses Christine Hayes, Wesly Lau, Beverly Sherwood, Robert Holman and Harry Sweet testify. Exhibits admitted. All parties rest. Defendants renew Rule 29 motions which are argued and ordered denied.Instruction Conference. Court recess to March 29, 2005 at 8:30 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 03/25/2005) |
|---|---|---|
| 03/28/2005 | ◑233 | PROPOSED JURY INSTRUCTIONS by August C Ghilarducci (Drandell, Harry) (Entered: 03/28/2005) |
| 03/29/2005 | ◑234 | MINUTES for proceedings held before Judge Anthony W. Ishii :JURY TRIAL 16th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/29/2005. Jury Instructed, Closing argument by Govt. Closing by DefendantSweet. Court recess to 3/30/05 at 9:00 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas/K. Lopez. (Nazaroff, H) (Entered: 03/30/2005) |
| 03/30/2005 | ◑235 | MINUTES (Text Only) for proceedings held before Judge Anthony W. Ishii :JURY TRIAL - 17th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/30/2005. Closing arguments. Court recess to 03/31/05 at 9:00 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 03/30/2005) |
| 03/31/2005 | ◑236 | MINUTES (Text Only) for proceedings held before Judge Anthony W. Ishii :JURY TRIAL 18th day as to Harry C Sweet, Jr, August C Ghilarducci held on 3/31/2005. Further rebuttle argument, closing instructions, Jury deliberationsCourt recess to 04/01/05 at 9:00 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 03/31/2005) |
| 04/01/2005 | ◑237 | MINUTES for proceedings held before Judge Anthony W. Ishii :JURY TRIAL 19th day as to Harry C Sweet, Jr, August C Ghilarducci held on 4/1/2005. Further jury deliberations. Court recess to 4/5/05 at 9:00 a.m. Government Counsel S. Oberto, R. Wright present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 04/01/2005) |
| 04/05/2005 | ◑238 | MINUTES (TEXT ONLY) for proceedings held before Judge Anthony W. Ishii :JURY TRIAL - 20th day as to Harry C Sweet, Jr, August C Ghilarducci held on 4/5/2005. Further jury deliberations. Jury returns the following verdicts:Sweet - Not guilty as to counts 1,2,3. Guilty as to counts 4,5,6,7,8,9,10.Ghilarducci Not Guilty as to counts 1,6,7,8,9,10. Guilty as to counts 4,5,9.Jury is polled and excused. Both defendants are referred to probation and sentencing is set for June 20, 2005 at 9:00 a.m. Government Counsel S. Oberto present. Defense Counsel R. Nuttall, H. Drandell present. Custody Status: (B). Court Reporter/CD Number: Karen Lopez. (Nazaroff, H) (Entered: 04/05/2005) |
| 04/05/2005 | ◑239 | VERDICT as to August C Ghilarducci (2) Guilty on Count 4s-5s,9s; Harry C Sweet Jr (1) Not Guilty on Count 1-7,1s,1ss,2ss-3ss,8,9s,10s,11s and August C Ghilarducci (2) Not Guilty on Count 1,1s,2-8,6s-8s,9,10,10s,11. (Lundstrom, T) (Entered: 04/06/2005) |
| 04/06/2005 | ◑240 | TRANSCRIPT of Jury Trial, Partial Transcript, held on 3/2/05 before Judge Anthony W. Ishii. Court Reporter: Gail L. Thomas. (Lundstrom, T) (Entered: 04/06/2005) |
| 04/06/2005 | ◑241 | TRANSCRIPT of Jury Trial, Partial Transcript, held on 3/4/05 before Judge Anthony W. Ishii. Court Reporter: Gail L. Thomas. (Lundstrom, T) (Entered: |

| | | 04/06/2005) |
|---|---|---|
| 04/06/2005 | ⬛242 | TRANSCRIPT of Jury Trial, Partial Transcript as to Harry C Sweet, Jr, August C Ghilarducci held on 3/8/05 before Judge Anthony W. Ishii. Court Reporter: Gail L. Thomas. (Lundstrom, T) (Entered: 04/06/2005) |
| 04/06/2005 | ⬛243 | TRANSCRIPT of Jury Trial, Partial Transcript as to Harry C Sweet, Jr, August C Ghilarducci held on 3/9/05 before Judge Anthony W. Ishii. Court Reporter: Gail L. Thomas. (Lundstrom, T) (Entered: 04/06/2005) |
| 04/06/2005 | ⬛244 | TRANSCRIPT of Jury Trial, Partial Transcript as to Harry C Sweet, Jr, August C Ghilarducci held on 3/10/05 before Judge Anthony W. Ishii. Court Reporter: Gail L. Thomas. (Lundstrom, T) (Entered: 04/06/2005) |
| 04/06/2005 | ⬛245 | TRANSCRIPT of Jury Trial as to Harry C Sweet, Jr, August C Ghilarducci held on 3/24/05 before Judge Anthony W. Ishii. Court Reporter: Gail L. Thomas. (Lundstrom, T) (Entered: 04/06/2005) |
| 04/06/2005 | ⬛246 | AMENDED VERDICT as to Harry C Sweet Jr (1) Guilty on Count 4ss-8ss,9ss,10ss; Harry C Sweet Jr (1) Not Guilty on Count 1ss,2ss-3ss. (Lundstrom, T) (Entered: 04/06/2005) |
| 04/06/2005 | ⬛247 | AMENDED VERDICT as to August C Ghilarducci (2) Guilty on Count 4s-5s,9s; August C Ghilarducci (2) Not Guilty on Count 1s,6s-8s,10s. (Lundstrom, T) (Entered: 04/06/2005) |
| 04/08/2005 | ⬛248 | MOTION for EXTENSION of TIME *To File Post Trial Motions* by August C Ghilarducci. (Drandell, Harry) (Entered: 04/08/2005) |
| 04/08/2005 | ⬛249 | MOTION to AMEND/CORRECT 248 MOTION for EXTENSION of TIME *To File Post Trial Motions* filed by August C Ghilarducci, *Pursuant to Rule 29(c)* by August C Ghilarducci. (Drandell, Harry) (Entered: 04/08/2005) |
| 04/08/2005 | ⬛250 | MOTION for NEW TRIAL *UNDER RULE 33 AND FOR JUDGMENT OF ACQUITTAL UNDER RULE 29* by Harry C Sweet, Jr. Motion Hearing set for 6/20/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 04/08/2005) |
| 04/12/2005 | ⬛251 | ORDER signed by Judge Anthony W. Ishii on 4/11/05 as to August C Ghilarducci ORDERING that defendants request for additional time to file post trial motions is GRANTED. Post Trial Motions due by 4/29/2005. (Carter-Ford, R) (Entered: 04/12/2005) |
| 04/29/2005 | ⬛252 | MOTION for JUDGMENT *OF ACQUITTAL OR, ALTERNATIVELY, FOR A NEW TRIAL* by August C Ghilarducci. Motion Hearing set for 6/20/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Drandell, Harry) (Entered: 04/29/2005) |
| 05/13/2005 | ⬛253 | TRANSCRIPT designation and ordering form from Harry C. Sweet Jr. (Sanchez, C) (Entered: 05/16/2005) |
| 05/20/2005 | ⬛254 | MOTION to CONTINUE *SENTENCING AND MOTION FOR NEW TRIAL* by Harry C Sweet, Jr. Motion Hearing set for 5/31/2005 at 01:30 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 05/20/2005) |
| 05/23/2005 | ⬛255 | First Amended MOTION to AMEND/CORRECT Time of hearing 254 MOTION to CONTINUE *SENTENCING AND MOTION FOR NEW TRIAL* filed by Harry C Sweet, Jr by Harry C Sweet, Jr. Motion Hearing set for 5/31/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Nuttall, Roger) (Entered: 05/23/2005) |
| 05/25/2005 | ⬛256 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 255 First Amended MOTION to AMEND/CORRECT Time of hearing 254 MOTION to CONTINUE *SENTENCING AND MOTION FOR NEW TRIAL* filed by |

| | | Harry C Sweet, Jr (Attachments: # 1)(Oberto, Sheila) (Entered: 05/25/2005) |
|---|---|---|
| 05/31/2005 | 257 | MINUTES(Text Only) for proceedings held before Judge Anthony W. Ishii :MOTION HEARING as to Harry C Sweet, Jr held on 5/31/2005 Responses due by 6/9/2005. Replies due by 6/16/2005. Sentencing set for 6/20/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. Government Counsel S. Oberto present. Defense Counsel R. Nuttall present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 05/31/2005) |
| 06/01/2005 | 258 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to August C Ghilarducci re 252 MOTION for JUDGMENT *OF ACQUITTAL OR, ALTERNATIVELY, FOR A NEW TRIAL* (Oberto, Sheila) (Entered: 06/01/2005) |
| 06/09/2005 | 259 | MEMORANDUM/RESPONSE in SUPPORT by Harry C Sweet, Jr *OF ALLOWING MR. SWEET TO FILE POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR NEW TRIAL AND JUDGMENT OF ACQUITTAL* (Nuttall, Roger) (Entered: 06/09/2005) |
| 06/13/2005 | 260 | OBJECTION to PRESENCE REPORT by USA as to Harry C Sweet, Jr (Oberto, Sheila) (Entered: 06/13/2005) |
| 06/13/2005 | 261 | OBJECTION to PRESENCE REPORT by Harry C Sweet, Jr (Nuttall, Roger) (Entered: 06/13/2005) |
| 06/15/2005 | 262 | SENTENCING MEMORANDUM by Harry C Sweet, Jr (Attachments: # 1 Exhibit A & B)(Nuttall, Roger) (Entered: 06/15/2005) |
| 06/15/2005 | 263 | MOTION to CONTINUE *SENTENCING IN ORDER TO ALLOW FOR THE UNITED STATES PROBATION OFFICER TO PREPARE A NEW AND REVISED PRESENTENCE REPORT PURSUANT TO THE ORDER OF THIS COURT AS RELATED TO ISSUES ATTENDANT TO A GRANT OF PROBATION* by Harry C Sweet, Jr. Motion Hearing set for 6/20/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Attachments: # 1 Exhibit A)(Nuttall, Roger) (Entered: 06/15/2005) |
| 06/15/2005 | 264 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr *Government's Response to Defendant Sweet's Formal Objections* (Oberto, Sheila) (Entered: 06/15/2005) |
| 06/16/2005 | 265 | MEMORANDUM/RESPONSE in SUPPORT by USA as to Harry C Sweet, Jr *Government's Response to Defendant Sweet's Memorandum of Points and Authorities in Support of Motion for New Trial and Judgment of Acquittal* (Oberto, Sheila) (Entered: 06/16/2005) |
| 06/16/2005 | 266 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 263 MOTION to CONTINUE *SENTENCING IN ORDER TO ALLOW FOR THE UNITED STATES PROBATION OFFICER TO PREPARE A NEW AND REVISED PRESENTENCE REPORT PURSUANT TO THE ORDER OF THIS COURT AS RELATED TO ISSUES ATTENDANT TO A GRANT OF PROBATION* (Oberto, Sheila) (Entered: 06/16/2005) |
| 06/16/2005 | 267 | OBJECTION to PRESENCE REPORT by August C Ghilarducci *Defendant's Objections to Probation's "Revised Presentence Report" and Probation's "Addendum to Presentence Report"* (Attachments: # 1)(Drandell, Harry) (Entered: 06/16/2005) |
| 06/20/2005 | 269 | MINUTES Text Only) for proceedings held before Judge Anthony W. Ishii :SENTENCING held on 6/20/2005 for Harry C Sweet, Jr (1), Count(s) 1-7, 10s, 1s, 2s-8s, 8, 9s, dismissed; Count(s) 10ss, 36 months custody, 36 months supervised release, $100 penalty assessment. To run concurrent; Count(s) 11s, dismissed.; Count(s) 1ss, 2ss-3ss, not guilty; Count(s) 4ss-8ss, 36 months custody, 36 months supervised release, $500 penalty |

| | | assessment. all to run concurrent; Count(s) 9ss, 36 months custody, 36 months supervised release, $100 penalty assessment. To run concurrent.. DEFENDANT TERMINATED. CASE CLOSED. Government Counsel all present. Defense Counsel R. Nuttall present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 06/22/2005) |
|---|---|---|
| 06/27/2005 | ⏺270 | NOTICE of APPEAL by Harry C Sweet, Jr Filing fee $ 255. (Nuttall, Roger) (Entered: 06/27/2005) |
| 06/28/2005 | ⏺271 | NOTICE of APPEAL by August C Ghilarducci Filing fee $ 255. (Drandell, Harry) (Entered: 06/28/2005) |
| 06/30/2005 | ⏺272 | PROPOSED ORDER Defendant's Request for Modification of Surrender Date to July 18, 2005, to Correspond With Surrender Date to July 18, 2005, to Correspond With Surrender Date in Northern District of Illinois Matter; Order by August C Ghilarducci (Drandell, Harry) (Entered: 06/30/2005) |
| 06/30/2005 | ⏺275 | MINUTES (Text Only) for proceedings held before Judge Anthony W. Ishii :Sentencing as to August C Ghilarducci held on 6/20/2005. Defendant is sentenced to the custody of the Bureau of Prisons for a period of 33 months as to counts 4,5,9 of the second superseding Indictment, to run concurrently with each other. Peanlty assessment of $300 is imposed. Defendant is placed on supervised release for a period of 36 months on each count to be served concurrently. Sentence of imprisonment and supervised release are to run concurrent with the sentence imposed in the Northern District of Illinois. Defendant is to make restitution in the amount of $450,000.00 Defendant was found not guilty on the remaining counts of the second superseding indictment. Original and First Superseding Indictments are dismissed. Government Counsel S. Oberto present. Defense Counsel H. Drandell present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 07/01/2005) |
| 06/30/2005 | | (Court only) ***JS-3 CLOSING INFORMATION (Balli, R) (Entered: 07/05/2005) |
| 07/01/2005 | ⏺273 | JUDGMENT and COMMITMENT as to Harry C Sweet, Jr signed by Judge Anthony W. Ishii on 06/30/05. (Nazaroff, H) (Entered: 07/01/2005) |
| 07/01/2005 | ⏺274 | JUDGMENT and COMMITMENT as to August C Ghilarducci signed by Judge Anthony W. Ishii on 06/30/05. (Nazaroff, H) (Entered: 07/01/2005) |
| 07/01/2005 | ⏺276 | MOTION to CONTINUE *RELEASE PENDING APPEAL; and DECLARATION OF ROGER T. NUTTALL IN SUPPORT THEREOF* by Harry C Sweet, Jr. Motion Hearing set for 7/11/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Attachments: # 1 Exhibit A - Notice of Appeal)(Nuttall, Roger) (Entered: 07/01/2005) |
| 07/01/2005 | ⏺277 | AMENDED JUDGMENT and COMMITMENT as to Harry C Sweet, Jr signed by Judge Anthony W. Ishii on 06/30/05. (Nazaroff, H) (Entered: 07/01/2005) |
| 07/06/2005 | ⏺279 | TRANSCRIPT of Rule 29 Motion Hearing as to Harry C Sweet, Jr held on 3/25/05 before Judge AWI. Court Reporter: G. Thomas. (Keeler, P) (Entered: 07/07/2005) |
| 07/07/2005 | ⏺278 | CLERK'S NOTICE of DOCKET CORRECTION Docket entry #268(minutes of sentencing) was deleted and a corrected version was done. (Nazaroff, H) (Entered: 07/07/2005) |
| 07/07/2005 | ⏺280 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Harry C Sweet, Jr re 276 MOTION to CONTINUE *RELEASE PENDING APPEAL; and DECLARATION OF ROGER T. NUTTALL IN SUPPORT THEREOF* (Oberto, Sheila) (Entered: 07/07/2005) |

| 07/11/2005 | ⬤281 | CLERK'S NOTICE of DOCKET CORRECTION: re Document 276 MOTION to CONTINUE RELEASE PENDING APPEAL; the docket entry for the Attachment has been modified to "Exhibit A - Notice of Appeal". ( Exhibits should be specifically labeled.)(Balli, R) (Entered: 07/11/2005) |
| 07/11/2005 | ⬤282 | MINUTES (text entry) for proceedings held before Judge Anthony W. Ishii :MOTION HEARING as to Harry C Sweet, Jr held on 7/11/2005 re 276 MOTION to CONTINUE RELEASE PENDING APPEAL filed by Harry C Sweet, Jr. Matter argued and submitted. Motion is denied. Government Counsel S. Oberto present. Defense Counsel R. Nuttall present. Custody Status: (B). Court Reporter/CD Number: G. Thomas. (Alvarez, A) (Entered: 07/11/2005) |
| 07/12/2005 | ⬤283 | TRANSMISSION of NOTICE of APPEAL and DOCKET SHEET as to Harry C Sweet, Jr to US Court of Appeals re 270 Notice of Appeal (Balli, R) (Entered: 07/12/2005) |
| 07/12/2005 | ⬤284 | BRIEFING SCHEDULE re 270 Notice of Appeal (CR) (Balli, R) (Entered: 07/12/2005) |
| 07/12/2005 | ⬤285 | NOTICE OF APPEAL FEES due immediately in the amount of $ 255.00 as to Harry C Sweet, Jr re 270 Notice of Appeal (Balli, R) (Entered: 07/12/2005) |
| 07/12/2005 | ⬤286 | TRANSMISSION of NOTICE of APPEAL and DOCKET SHEET as to August C Ghilarducci to US Court of Appeals re 271 Notice of Appeal (Balli, R) (Entered: 07/12/2005) |
| 07/12/2005 | ⬤287 | BRIEFING SCHEDULE as to August C. Ghilarducci re 271 Notice of Appeal (Balli, R) (Entered: 07/12/2005) |
| 07/12/2005 | ⬤288 | NOTICE OF APPEAL FEES due immediately in the amount of $ 255.00, as to August C Ghilarducci re 271 Notice of Appeal (Balli, R) (Entered: 07/12/2005) |
| 07/12/2005 | ⬤289 | CLERK'S NOTICE of DOCKET CORRECTION re 285 288 , Notices of Appeal Fees Due; Attorneys Roger Nuttall and Harry Drandell are CJA appointed, no filing fees are due. (Hutcheson, C) (Entered: 07/12/2005) |
| 07/18/2005 | ⬤290 | TRANSCRIPT REQUEST for proceedings held on 9/29/03, 12/1/03 and 1/31/05 before Judge Ishii (Keeler, P) (Entered: 07/19/2005) |
| 07/20/2005 | ⬤291 | TRANSCRIPT REQUEST for proceedings held on 1/31/05, 2/14/05 & 3/1/05 before Judge Ishii by Harry Sweet re 270 Notice of Appeal (CR) (Keeler, P) (Entered: 07/20/2005) |
| 07/22/2005 | ⬤292 | MOTION for EXTENSION of TIME *FOR COMMITMENT DATE; and DECLARATION OF ROGER T. NUTTALL IN SUPPORT THEREOF* by Harry C Sweet, Jr. Motion Hearing set for 7/25/2005 at 09:00 AM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. (Attachments: # 1 Exhibit A - D) (Nuttall, Roger) (Entered: 07/22/2005) |
| 07/25/2005 | ⬤293 | MINUTES (text entry) for proceedings held before Judge Anthony W. Ishii :Motion for additional stay as to Harry C Sweet, Jr held on 7/25/2005 and continued to 8/15/2005 at 02:00 PM in Courtroom 3 (AWI) before Judge Anthony W. Ishii. Government Counsel S. Oberto present. Defense Counsel R. Nuttall present. Court Reporter/CD Number: G. Thomas. (Alvarez, A) (Entered: 07/26/2005) |
| 07/28/2005 | ⬤294 | ORDER extending date of surrender as to Harry C Sweet, Jr signed by Judge Anthony W. Ishii on 7/28/05. (Hinman, W) (Entered: 07/29/2005) |
| 07/29/2005 | ⬤295 | USCA CASE NUMBER as to August C Ghilarducci 05-10499 for 271 Notice of Appeal (CR) filed by August C Ghilarducci,. (Sanchez, C) (Entered: 08/01/2005) |
| 08/01/2005 | ⬤296 | USCA CASE NUMBER as to Harry C Sweet, Jr 05-10508 for 270 Notice of |

| | | |
|---|---|---|
| | | Appeal (CR) filed by Harry C Sweet, Jr. (Sanchez, C) (Entered: 08/02/2005) |
| 08/01/2005 | 297 | (Court only) CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT re Harry C Sweet, Jr (Sanchez, C) (Entered: 08/03/2005) |
| 08/01/2005 | 298 | (Court only) CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT re August C Ghilarducci (Sanchez, C) (Entered: 08/03/2005) |
| 08/05/2005 | 299 | JUDGMENT RETURNED EXECUTED as to August C Ghilarducci on 7/18/05. (Sanchez, C) (Entered: 08/05/2005) |
| 08/08/2005 | 300 | PROPOSED ORDER Defendant August Ghilarducci's Application for Exoneration of Property Bond and Reconveyance of Real Property and Proposed Order by August C Ghilarducci (Drandell, Harry) (Entered: 08/08/2005) |
| 08/11/2005 | 301 | ORDER fpr Exoneration of Property bond and full reconveyance of real property as to August C Ghilarducci signed by Judge Anthony W. Ishii on 8/10/05. (cc: Sacramento Financial) (Hinman, W) (Entered: 08/11/2005) |
| 08/12/2005 | 302 | CJA 20 : Appointment of Attorney Harry M Drandell for August C Ghilarducci, signed by Judge Anthony W. Ishii on 07/01/03. (Balli, R) (Entered: 08/12/2005) |
| 08/15/2005 | 303 | ORDER OF EXONERATION OF PROPERTY BOND as to August C Ghilarducci re 35 Remark (CR) filed by August C Ghilarducci. Signed by Judge Anthony W. Ishii on 8/10/05. (Keeler, P) (Entered: 08/15/2005) |
| 08/17/2005 | 304 | CLERK'S NOTICE of DOCKET CORRECTION re 303 Order exonerating bond is duplicative of order #301. Please disregard. (Keeler, P) (Entered: 08/17/2005) |
| 09/15/2005 | 305 | TRANSCRIPT of Jury Trial Day 1 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/1/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | 306 | TRANSCRIPT of Jury Trial Day 2 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/2/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | 307 | TRANSCRIPT of Jury Trial Day 3 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/3/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | 308 | TRANSCRIPT of Jury Trial Day 4 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/4/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | 309 | TRANSCRIPT of Jury Trial Day 5 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/8/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | 310 | TRANSCRIPT of Jury Trial Day 6 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/9/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | 311 | TRANSCRIPT of Jury Trial Day 7 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/10/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | 312 | TRANSCRIPT of Jury Trial Day 8 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/11/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |

| 09/15/2005 | ●313 | TRANSCRIPT of Jury Trial Day 9 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/15/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●314 | TRANSCRIPT of Jury Trial Day 10 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/16/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●315 | TRANSCRIPT of Jury Trial Day 11 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/17/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●316 | TRANSCRIPT of Jury Trial Day 12 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/22/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●317 | TRANSCRIPT of Jury Trial Day 13 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/23/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●318 | TRANSCRIPT of Jury Trial Day 14 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/24/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●319 | TRANSCRIPT of Jury Trial Day 15 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/25/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●320 | TRANSCRIPT of Jury Trial Day 16 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/28/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●321 | TRANSCRIPT of Jury Trial Day 17 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/29/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●322 | TRANSCRIPT of Jury Trial Day 18 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/30/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●323 | TRANSCRIPT of Jury Trial Day 19 as to Harry C Sweet, Jr, August C Ghilarducci held on 3/31/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●324 | TRANSCRIPT of Jury Trial Day 20 as to Harry C Sweet, Jr, August C Ghilarducci held on 4/1/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●325 | TRANSCRIPT of Jury Trial Day 21 as to Harry C Sweet, Jr, August C Ghilarducci held on 4/5/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●326 | TRANSCRIPT of Motion for Discovery and Status Conference as to Harry C Sweet, Jr, August C Ghilarducci held on 9/29/03 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●327 | TRANSCRIPT of Status Conference and Motions as to Harry C Sweet, Jr, August C Ghilarducci held on 12/1/03 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●328 | TRANSCRIPT of Status Conference and Motions as to Harry C Sweet, Jr, August C Ghilarducci held on 1/31/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |

| 09/15/2005 | ●329 | TRANSCRIPT of Motions in Limine and Trial Confirmation as to Harry C Sweet, Jr, August C Ghilarducci held on 2/14/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/15/2005 | ●330 | TRANSCRIPT of Motion for Stay Pending Appeal as to Harry C Sweet, Jr, August C Ghilarducci held on 7/11/05 before Judge Ishii. Court Reporter: G. Thomas. (Sanchez, C) (Entered: 09/15/2005) |
| 09/23/2005 | ● | TEXT MESSAGE ONLY: RECONVEYANCE of PROPERTY for August C Ghilarducci re deed posted by Susan Huiner; property deeds nos. 0030148562 and 0030112769 pursuant to order for reconveyance 303 . (Rooney, M) (Entered: 10/07/2005) |
| 09/23/2005 | ●333 | COURT LETTER from M. Means Rooney addressed to Mrs. Susan M. Huiner enclosing substitution of trustee and full reconveyance and order of reconveyance in re defendant August Ghilarducci. (Rooney, M) (Entered: 12/13/2005) |
| 11/10/2005 | ●331 | ORDER of USCA as to 270 Notice of Appeal (CR) filed by Harry C Sweet, Jr, 271 Notice of Appeal (CR) filed by August C Ghilarducci, (Lundstrom, T) (Entered: 11/10/2005) |
| 11/10/2005 | ●332 | ARREST WARRANT RETURNED Executed on 12/16/02 as to Harry C Sweet, Jr, August C Ghilarducci. (Lundstrom, T) (Entered: 11/10/2005) |
| 01/05/2006 | ●334 | [TEXT ONLY ENTRY] TRANSCRIPT of Sentencing as to Harry C. Sweet, Jr, August C. Ghilarducci held on 6/20/05, before Judge Ishii. Court Reporter: Gail Lacy Thomas. Tape Number: None. (Hellings, J) (Entered: 01/06/2006) |
| 03/10/2006 | ●335 | ORDER exonerating bond 4 Remark (CR) filed by Harry C Sweet, Jr signed by Judge Anthony W. Ishii on 3/10/06. (Lundstrom, T) (Entered: 03/10/2006) |
| 03/14/2006 | ● | RECONVEYANCE of PASSPORT # 054910611 for Harry C Sweet, Jr re 335 Order (CR). Passport sent in care of attroney Roger Nutall (TEXT ENTRY ONLY - NO DOCUMENT ATTACHED) (Keeler, P) (Entered: 03/14/2006) |
| 04/12/2006 | ●336 | JURY INSTRUCTIONS GIVEN as to Harry C Sweet, Jr (Keeler, P) (Entered: 04/13/2006) |
| 11/06/2006 | ●337 | TRANSMITTED RECORD on APPEAL to USCA # *05-10499* re 271 Notice of Appeal - CR. *<br>Volumes of Files: 3.<br>Paper Documents: 1 to 115.<br>Volumes of Expandable Folders: 7.*<br>*Electronic Documents: 116 to 336.* (Rooney, M) (Entered: 11/06/2006) |
| 11/16/2006 | ●338 | NOTICE: Return Receipt re 337 Appeal Record Sent to USCA. (Lundstrom, T) (Entered: 11/17/2006) |
| 02/23/2007 | ●339 | USCA JUDGMENT as to 271 Notice of Appeal filed by August C. Ghilarducci, 270 Notice of Appeal filed by Harry C. Sweet, Jr decision of district court AFFIRMED (Hellings, J) (Entered: 02/23/2007) |
| 04/23/2007 | ●340 | RECEIPT for TRIAL EXHIBITS. (Timken, A) (Entered: 04/25/2007) |
| 03/14/2008 | ●341 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of California as to Harry C Sweet, Jr. signed by Judge Anthony W. Ishii on 2/1/2008. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Esteves, C) (Entered: 03/19/2008) |